FILED
U.S. DISTRICT COURT
S.D. OF N.Y.W.P.
2013 SEP -9 PM 4: 17

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

ANESTHESIOLOGY CONSULTANTS, L.L.C.,
VIRGIN ISLANDS PAIN MANAGEMENT
ASSOCIATES, L.L.C., and CARIB EQUIPMENT
L.L.C., f/k/a CARIBBEAN
PAIN MANAGEMENT EQUIPMENT
AND SUPPLIES, L.L.C.,

          Plaintiffs,

v.

PRIME MEDICAL BILLING AND
MGMT. LLC, ROCCO UNGARO,
MICHAEL ROTONDARO, GERALD
MARTIN and JOHN MIKLITSCH,
jointly and severally,

          Defendants.

13 CV 6317

JUDGE ROMAN

Civil Action No. _____

**VERIFIED COMPLAINT**

ROBERT S. IWREY
The Greenberg, Dresevic, Hinrichsen,
Iwrey, Kalmowitz, Lebow & Pendleton
Law Group
Attorneys for Plaintiffs
1983 Marcus Ave., Ste. 106
Lake Success, NY 11042
(516) 492-3390/Fax  -3389
riwrey@thehlp.com

The Greenberg, Dresevic, Hinrichsen, Iwrey, Kalmowitz, Lebow & Pendleton Law Group ● 1983 Marcus Ave, Ste 106 ● Lake Success, NY 11042 ● (516) 492-3390

Plaintiffs, Anesthesiology Consultants, L.L.C., Virgin Islands Pain Management
Associates, L.L.C. and Carib Equipment, L.L.C., f/k/a Caribbean Pain Management
Equipment and Supplies, L.L.C., by and through their attorneys, The Greenberg,

Dresevic, Hinrichsen, Iwrey, Kalmowitz, Lebow & Pendleton Law Group, by way of Verified Complaint against the Defendants, state the following:

## **THE PARTIES**

1.       Plaintiff Anesthesiology Consultants, L.L.C. is a limited liability company with its offices located in St. Thomas, U.S. Virgin Islands and, by virtue of 28 U.S.C. § 1332, is a citizen of the U.S. Virgin Islands.

2.       Plaintiff Virgin Islands Pain Management Associates, L.L.C. is a limited liability company with its offices located in St. Thomas, U.S. Virgin Islands and, by virtue of 28 U.S.C. § 1332, is a citizen of the U.S. Virgin Islands.

3.       Plaintiff Carib Equipment, L.L.C., f/k/a Caribbean Pain Management Equipment and Supplies, L.L.C., is a limited liability company with its offices located in St. Thomas, U.S. Virgin Islands and, by virtue of 28 U.S.C. § 1332, is a citizen of the U.S. Virgin Islands.

4.       Defendant Prime Medical Billing and Mgmt. LLC ("Prime") is a New York Domestic Limited Liability Company with its principal place of business in Westchester, New York and, by virtue of 28 U.S.C. § 1332, is a citizen of the State of New York.

5.       Defendant Rocco Ungaro is an individual and a citizen of the State of New York.

6.       At all times relevant hereto, Defendant Rocco Ungaro was an agent, employee, apparent/ostensible servant/agent, and/or agent by estoppel of Defendant Prime, and Defendant Prime is vicariously liable for the actions of Defendant Rocco Ungaro under the doctrine of *respondeat superior*.

7.       Defendant Michael Rotondaro is an individual and a citizen of the State of New Jersey.

The Greenberg, Dresevic, Hinrichsen, Iwrey, Kalmowitz, Lebow & Pendleton Law Group   ●   1983 Marcus Ave., Ste 106   ●   Lake Success, NY 11042   ●   (516) 492-3390

8.    At all times relevant hereto, Defendant Michael Rotondaro was an agent, employee and/or ostensible servant/agent, or agent by estoppel of Defendant Prime, and Defendant Prime is vicariously liable for the actions and/or omissions of Defendant Michael Rotondaro under the doctrine of *respondeat superior.*

9.    Defendant Gerald Martin is an individual, and a citizen of the State of New York.

10.    At all times relevant hereto, Defendant Gerald Martin was a principal, agent, employee and/or ostensible servant/agent, or agent by estoppel of Defendant Prime, and Prime is vicariously liable for the actions and/or omissions of Defendant Gerald Martin under the doctrine of *respondeat superior.*

11.    Defendant John Miklitsch is an individual, and a citizen of the State of New York.

12.    At all times relevant hereto, Defendant John Miklitsch was a principal, agent, employee and/or ostensible servant/agent, or agent by estoppel of Defendant Prime, and Prime is vicariously liable for the actions and/or omissions of Defendant Gerald Martin under the doctrine of *respondeat superior.*

13.    Defendant Prime, through its words and/or conduct, communicated to Plaintiffs that Defendants Rocco Ungaro and Michael Rotondaro possessed the authority to act on behalf of Defendant Prime.

14.    Plaintiffs and/or Plaintiffs' members, agents or assigns reasonably relied upon the appearance of authority created by Defendant Prime as to Defendants Rocco Ungaro and Michael Rotondaro and accepted Defendants Ungaro and Rotondaro's services in reliance of the perceived relationship between Defendant Prime and Defendants Ungaro and Rotondaro.

The Greenberg, Dresevic, Hinrichsen, Iwrey, Kalmowitz, Lebow & Pendleton Law Group ● 1983 Marcus Ave, Ste 106 ● Lake Success, NY 11042 ● (516) 492-3390

- 3 -

The Greenberg, Dresevic, Hinrichsen, Iwrey, Kalmowitz, Lebow & Pendleton Law Group ● 1983 Marcus Ave., Ste 106 ● Lake Success, NY 11042 ● (516) 492-3390

## JURISDICTION AND VENUE

15.    Pursuant to 28 U.S.C. § 1332, this Court has subject matter jurisdiction, as the parties are citizens of different states/territories, and the amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00) exclusive of costs, attorney fees and interest.

16.    Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(2), as this is the judicial district where a substantial part of the events or omissions giving rise to the claim occurred. This judicial district is also the principal place of business for Defendant Prime, Defendant Rocco Ungero resides in this judicial district, and it is believed that Defendants Gerald Martin and John Miklitsch reside in this judicial district.

## FACTS

17.    Plaintiffs, Anesthesiology Consultants, L.L.C., Virgin Islands Pain Management Associates, L.L.C. and Carib Equipment, L.L.C., f/k/a Caribbean Pain Management Equipment and Supplies, L.L.C., were engaged in independent month-to-month contractual relationships with Defendants commencing at separate points after September of 2008 until October of 2012, at which point, all relationships between Plaintiffs and Defendants were terminated.

18.    Under the agreement between Plaintiffs and Defendants, in exchange for the services to be provided by Defendants, Defendants were to be paid by Plaintiffs seven percent (7%) of the monies collected by Plaintiffs from third-party payor reimbursements for services rendered by Plaintiffs.

19.    A substantial portion of the Plaintiffs' work is providing anesthesia and pain management care to patients, wherein patients will require both anesthesia and pain management services, usually in the form of injections. Each component of the

procedure (i.e., the anesthesiology component and the pain management component) are billed separately and performed by different providers, each affiliated with a separate company and a separate Employee Identification Number/Tax Identification Number.

20.     The American Medical Association has published "a listing of descriptive terms and identifying codes for reporting medical services and procedures performed by physicians", which is known as the Current Procedural Terminology, or CPT Code.[1] The CPT codes provide a "uniform language", allowing "an effective means for reliable nationwide communication among physicians, patients, and third parties."[2]

21.     CPT codes are represented as a five-digit numerical code. For example, routine obstetric care and the delivery of a baby are identified in the CPT by the codes 59400-59410.[3]

## i.     *Virgin Islands Pain's Relationship with Defendants*

22.     Plaintiff Virgin Islands Pain Management Associates, L.L.C. ("VIP"), at all times relevant hereto, was engaged in the practice of providing pain management services to patients on the island of St. Thomas in the United States Virgin Islands.

23.     Within the scope of the relationship between Plaintiff VIP and Defendant Prime, Defendant Prime was under a duty to act and give advice for the benefit of Plaintiff VIP within the scope of their relationship.

---

[1]     ABRAHAM M, ET AL, AM MED ASS'N, CURRENT PROCEDURAL TERMINOLOGY (CPT), 2011 V (Am Med Ass'n 2010) (1966).
[2]     *Id.*
[3]     *Id.* at 253-254.

The Greenberg, Dresevic, Hinrichsen, Iwrey, Kalmowitz, Lebow & Pendleton Law Group ♦ 1983 Marcus Ave, Ste 106 ♦ Lake Success, NY 11042 ♦ (516) 492-3390

24.     Within the scope of the relationship between Plaintiff VIP and Defendant Rocco Ungaro, Defendant Ungaro was under a duty to act and give advice for the benefit of Plaintiff VIP within the scope of their relationship.

25.     Within the scope of the relationship between Plaintiff VIP and Defendant Michael Rotondaro, Defendant Rogondaro was under a duty to act and give advice for the benefit of Plaintiff VIP within the scope of their relationship.

26.     Plaintiff VIP contracted with Defendants to provide billing services for pain management in September of 2008.

27.     Over the course of Plaintiff VIP's relationship with Defendants, VIP paid Defendants amounts significantly in excess of this Honorable Court's jurisdictional monetary threshold of Seventy-Five Thousand Dollars ($75,000.00) in controversy.

28.     At the time of contract formation and throughout the relationship, Defendants represented themselves to Plaintiffs as having expertise necessary to code for, bill and receive reimbursement for pain management services, representing themselves to have "unique solutions" and "coding intelligence".

29.     Although the Plaintiffs submitted procedure data daily to Defendants, who would confirm receipt of the daily data, Defendants billed for procedures that were performed by Plaintiff VIP using incorrect dates, when the pain management services were not actually provided at all. Defendants would omit dates when services were actually provided and instead lump multiple medical services onto one day.

30.     Throughout the course of the agreement between Defendants and Plaintiff VIP, perplexingly, and contrary to any valid rationale for the submission of claims for reimbursement, Defendants submitted claims for reimbursement to

The Greenberg, Dresevic, Hinrichsen, Iwrey, Kalmowitz, Lebow & Pendleton Law Group  ●  1983 Marcus Ave, Ste 106  ●  Lake Success, NY 11042  ●  (516) 492-3390

Cigna indicating that numerous services had been performed on one day, when in reality, such services were performed on different days.

31.     For example, **Patient 1** had an office visit, which was coded using the CPT code of 99215,[4] on March 8, 2012.[5]

32.     However, inexplicably, Defendants chose to bill two 99215 office visits for **Patient 1** on March 8, 2012, even though only one took place that day and the second occurred on a different day.

33.     As a result, Cigna, the largest third party payor of health claims in the U.S. Virgin Islands, has demanded reimbursement from Plaintiff VIP for claims it paid where services provided on different days were lumped into one day by Defendants. It is anticipated that other third party payors will make similar repayment demands in the future.

34.     Defendants' practice of grouping dates in this manner also resulted in the rejection of many of Plaintiff VIP's claims submitted to Cigna and other third party payors during the course of the contractual relationship between Plaintiff VIP and defendants.

## ii.     *Carib Equipment, L.L.C., f/k/a Caribbean Pain Management Equipment and Supplies, L.L.C.'s Relationship With Defendants*

35.     Plaintiff Carib Equipment, L.L.C., f/k/a Caribbean Pain Management Equipment and Supplies, L.L.C., ("CPM") provided equipment and supplies for the professional services provided by Plaintiffs Anesthesia Consultants, L.L.C. and VIP.

---

4       Described by the CPT Code as "[o]ffice or other outpatient visit". ABRAHAM M, ET AL, AM MED ASS'N, CURRENT PROCEDURAL TERMINOLOGY (CPT) 13, 2012 v (Am Med Ass'n 2011) (1966).

5       **(Exhibit 1 – Office Note and Daily Billing Sheet for Patient 1 on March 8, 2012)**.

The Greenberg, Dresevic, Hinrichsen, Iwrey, Kalmowitz, Lebow & Pendleton Law Group  ●  1983 Marcus Ave, Ste 106  ●  Lake Success, NY 11042  ●  (516) 492-3390

36.    There was a contractual agreement between Plaintiff CPM and Defendants.

37.    Within the scope of the relationship between Plaintiff CPM and Defendant Prime, Defendant Prime was under a duty to act for and give advice for the benefit of CPM within the scope of the relationship.

38.    Within the scope of the relationship between Plaintiff CPM and Rocco Ungaro, Mr. Ungaro was under a duty to act and give advice for the benefit of CPM within the scope of their relationship.

39.    Within the scope of the relationship between Plaintiff CPM and Defendant Michael Rotondaro, Defendant Rogondaro was under a duty to act and give advice for the benefit of CPM within the scope of their relationship.

40.    Over the course of Plaintiff CPM's relationship with Defendants, CPM paid Defendants amounts significantly in excess of this Honorable Court's jurisdictional monetary threshold of Seventy-Five Thousand Dollars ($75,000.00) in controversy.

41.    The UB-04 form is a uniform medical billing form created by the Centers for Medicare & Medicaid Services ("CMS"). The UB-04 form was created for use by institutional providers (e.g., hospitals) to submit claims for reimbursement.[6]

42.    However, the UB-04 form is not to be used for individual physician practices.

43.    Plaintiff CPM's claims for reimbursement were improperly submitted to Cigna and other third party payors by Defendants on UB-04 forms.[7]

44.    VI Equicare, Inc. is the largest Preferred Provider Organization ("PPO") in the U.S. Virgin Islands.

---

[6]    (**Exhibit 2 – Example UB-04 Form**).
[7]    (**Exhibit 3 – UB-04 Forms Used to Submit Claims for CPM for Patient 2**).

The Greenberg, Dresevic, Hinrichsen, Iwrey, Kalmowitz, Lebow & Pendleton Law Group ● 1983 Marcus Ave., Ste 106 ● Lake Success, NY 11042 ● (516) 492-3390

The Greenberg, Dresevic, Hinrichsen, Iwrey, Kalmowitz, Lebow & Pendleton Law Group ● 1983 Marcus Ave., Ste 106 ● Lake Success, NY 11042 ● (516) 492-3390

45.     At all times pertinent hereto, CPM was not a member of VI Equicare, Inc., and was an out-of-network provider. However, in order to obtain reimbursement for claims for services rendered to Cigna patients, CPM needed to be enrolled/registered with VI Equicare, Inc.

46.     As such, Defendants were required to take appropriate actions necessary to enroll and/or register CPM with VI Equicare, Inc. to allow CPM to receive reimbursement for such services.

47.     Defendants failed to take appropriate actions necessary to enroll and/or register CPM with VI Equicare, Inc., and in fact, Defendant Ungaro expressly discouraged CPM from enrolling/registering therewith.

48.     As a result, CPM's claims for reimbursement to Cigna were and/or would have been denied.  However, in order to circumvent the appropriate procedure set forth above, Defendants submitted claims to Cigna on UB-04 forms, which did result in payment, but ultimately caused Cigna to demand reimbursement of the improperly-submitted claims.

49.     Defendants' submission of claims for reimbursement of anesthesia and pain management equipment and medications incorrectly using UB-04 forms has resulted in Plaintiff CPM being required to reimburse CIGNA what will likely amount to hundreds of thousands of dollars.

50.     Defendants' failure to register/enroll CPM as set forth above, further compounded by Defendants' improper submission of claims on UB-04 forms, resulted in post-payment audits, the damage of which is still being determined.

51.     If Defendants had not incorrectly submitted the above-referenced claims for reimbursement and neglected to timely and properly enroll and/or

register CPM in VI Equicare, Inc., CPM would have been paid for the claims and the overpayment demands would not have occurred.

### iii.   Anesthesiology Consultants, L.L.C.'s Relationship with Defendants

52.   Plaintiff Anesthesiology Consultants, L.L.C. ("AC") and its employee, Certified Registered Nurse Anesthetist (C.R.N.A) Luz Aponte, provided anesthesiology services in conjunction with the pain management services provided by Plaintiff VIP through Plaintiff VIP and Plaintiff AC principal, anesthesiologist Dr. Janice Victor.

53.   Plaintiff AC contracted with Defendants to provide anesthesiology billing services in November, 2009, by way of a month-to-month agreement.

54.   There was a valid and binding contract for medical billing services between Defendants and Plaintiff AC.

55.   The agreement between Plaintiff AC and Defendants was that Plaintiff AC would provide payment in exchange for both (a) coding; and (b) billing services provided by Defendants. In exchange, Plaintiff AC provided payment for the services provided by Defendants.

56.   Within the scope of the relationship between AC and Prime, Prime was under a duty to act and give advice for the benefit of AC within the scope of their relationship.

57.   Within the scope of the relationship between Plaintiff AC and Defendant Rocco Ungaro, Defendant Ungaro was under a duty to act and give advice for the benefit of Plaintiff AC within the scope of their relationship.

The Greenberg, Dresevic, Hinrichsen, Iwrey, Kalmowitz, Lebow & Pendleton Law Group  ●  1983 Marcus Ave, Ste 106  ●  Lake Success, NY 11042  ●  (516) 492-3390

58.     Within the scope of the relationship between Plaintiff AC and Defendant Michael Rotondaro, Defendant Rogondaro was under a duty to act for and give advice for the benefit of Plaintiff AC within the scope of the relationship.

59.     Over the course of Plaintiff AC's relationship with Defendants, AC paid Defendants amounts significantly in excess of this Honorable Court's jurisdictional monetary threshold of Seventy-Five Thousand Dollars ($75,000.00) in controversy.

60.     Before reaching an agreement with Plaintiff AC, and throughout the relationship, Defendants represented themselves to Plaintiff AC as having expertise necessary to code, bill and obtain reimbursements for anesthesia services, representing themselves to have "unique solutions" and "coding intelligence".

61.     However, Defendants did not possess the necessary expertise or coding intelligence to perform under their agreement with Plaintiff AC.

62.     At all relevant times hereto, the CPT codes for anesthesia services are unique, insofar as they are the only codes in the CPT that begin with a zero (0).[8] The actual procedure for which the anesthesia is required is billed under a separate code.[9]

63.     Before commencing the relationship with Defendants, Plaintiff AC introduced Defendants' agents to Letty Perez, a biller/coder employed by another anesthesiologist in St. Thomas.

64.     Based upon discussions with Ms. Perez, Defendants requested and received an example of the appropriate "zero codes" for anesthesia billing on November 20, 2009.[10]

65.     Thus, Defendants were given information as to the appropriate method for coding and billing prior to performing under the agreement with Plaintiff AC by

---

[8]     ABRAHAM M, et al, n. 1, supra at 39-46 (**Exhibit 4**).
[9]     See generally id.
[10]    (**Exhibit 5 - Email Correspondence Between Prime and Ms. Perez**).

The Greenberg, Dresevic, Hinrichsen, Iwrey, Kalmowitz, Lebow & Pendleton Law Group ● 1983 Marcus Ave, Ste 106 ● Lake Success, NY 11042 ● (516) 492-3390

way of Ms. Perez's table of base units per anesthesia billing code provided via email on November 20, 2009."

66.    Although these codes are the industry standard in terms of coding for anesthesia procedures, Defendants did not submit anesthesia claims for reimbursement to Cigna and/or other third party payors using the "zero codes".

67.    As early as 2010, Prime started receiving notifications that payments were being rejected by Cigna and other third party payors for exceeding the maximum number of treatments and/or for duplicate payments. This was due to Defendants' erroneous practice of submitting two claims for reimbursement using the same code, instead of using the anesthesia code.

68.    Nonetheless, Defendants continued to submit claims for reimbursement for anesthesia procedures without using the necessary "zero codes", often submitting the code for the underlying pain procedure itself as the code for the separately billable anesthesia services, resulting in the submission of two claims of a pain procedure when only one was performed.

69.    Beginning in 2010, Defendants and Plaintiffs began receiving overpayment demands for healthcare services billed and coded by Defendants. The overpayment demand letters were also sent to Defendants for appropriate follow-up.

70.    Nonetheless, Defendants continued to erroneously submit claims for anesthesia billing using the same code as the underlying pain procedure itself, as it had been doing since the commencement of the agreement with Plaintiff AC.

71.    At all times relevant hereto, Cigna **explicitly required** the use of CPT "zero codes" for both surgical and non-surgical anesthesia services. This is not unique to the U.S. Virgin Islands: it is the customary practice nationwide.

---

[11]    (**Exhibit 5**).

The Greenberg, Dresevic, Hinrichsen, Iwrey, Kalmowitz, Lebow & Pendleton Law Group ● 1983 Marcus Ave., Ste 106 ● Lake Success, NY 11042 ● (516) 492-3390

72.     For instance, the CPT specifically provides a "zero code" to be used for anesthesia services like those provided by C.R.N.A. Aponte in such circumstances: 01160 "[a]nesthesia for closed procedures involving the symphysis pubis or sacroiliac joint."

73.     A significant component of Dr. Victor's practice is providing patients with pain injections, which are performed under anesthesia and thus, claims for reimbursement of such anesthesia services should be submitted using the "zero codes".

74.     For every day that Plaintiffs saw patients, Defendants received the complete anesthesia record which included the name of the specific procedures performed which allowed Defendants the ability to verify and crosscheck the procedure with the appropriate zero code to be used.

75.     Defendants and its agents coded and billed third party payors for services provided by Plaintiff AC using the wrong billing codes, specifically by failing to use anesthesia codes, or "zero codes," necessary to bill for anesthesia procedures accompanying the pain procedures performed , and instead submitted the CPT code for the pain procedure itself, a second time, as the code for the anesthesia procedure performed.

76.     The result was that Plaintiff AC's bills were coded and submitted by Defendants for reimbursement to third party payors, with the appearance that claims were being submitted twice for a single procedure, as if two pain procedures were performed without any accompanying anesthesia being performed.

77.     In other words, Defendants would code and submit a claim for Dr. Victor's performance of the underlying pain procedure as a bill from Plaintiff VIP. Then, Defendants would code and submit a claim for the anesthesia services

provided by C.R.N.A. Luz Aponte/ Plaintiff AC, using the exact same code(s) as those used for the Plaintiff VIP: the code for the pain procedure itself.

78.     For example, on March 11, 2011, a patient referenced herein as **Patient 3** received a left sacroiliac joint injection under fluoroscopic guidance.

79.     The *procedure* itself was performed on **Patient 3** by Dr. Janice Victor as an agent of Plaintiff VIP, while *anesthesia* services were simultaneously provided by Luz Aponte, C.R.N.A., as an agent of Plaintiff AC.

80.     After the procedure was completed, Plaintiff AC submitted a Billing Face Sheet for **Patient 3** to Defendant Prime, along with the anesthesia record itself.[12]

81.     The Face Sheet provides **Patient 3's** name, insurance ID, date of procedure, the CPT code (not the anesthesia code, which was to be entered by Defendants) for the underlying procedure, and the time and units of anesthesia provided.[13] The face sheet was sent to Defendants, along with the anesthesia record and pre-anesthesia evaluation for the patient.

82.     Claims to health insurance companies by providers such as Plaintiffs are to be submitted by way of a standard form called a "Form 1500", or the Health Insurance Claim Form ("HICF").

83.     The HICFs for **Patient 3's** March 11, 2011 procedure were prepared by Defendants.

84.     Though C.R.N.A. Aponte was providing anesthesia care, on August 10, 2012, Defendants submitted HICFs to Cigna for reimbursement on behalf of Plaintiff AC for treatment provided by Aponte, using the following CPT codes:

---

[12]     (**Exhibit 6 – Anesthesia Face Sheet & Anesthesia Record for Patient 3's Treatment on March 11, 2011**).
[13]     (**Exhibit 6**).

The Greenberg, Dresevic, Hinrichsen, Ivrey, Kalmowitz, Lebow & Pendleton Law Group ● 1983 Marcus Ave., Ste 106 ● Lake Success, NY 11042 ● (516) 492-3390

a.    "77003",[14] which is the code for "[f]luroscopic guidance and localization of needle catheter tip for spine or paraspinous diagnostic or therapeutic injection procedures . . . ";[15] and

b.    "27096" with modifier "59",[16] which is the code for "[i]njection procedure for sacroiliac joint . . . " with the modifier being code for "[d]istinct procedural service", which is used to indicate two procedures performed together that are not normally performed together.[17]

85.    However, C.R.N.A. Aponte did not perform a left sacroiliac joint injection with fluoroscopy on **Patient 3** on March 11, 2011. Rather, she performed the anesthesia services associated with the joint injection procedure that was performed by Dr. Victor.

86.    An Explanation of Benefits form ("EOB") is used by insurance companies to explain insurance benefits to patients. The EOBs for **Patient 3**'s March 11, 2011 procedure with Dr. Victor and C.R.N.A. Aponte are attached as **Exhibit 8**.

87.    It can be seen from the EOBs for **Patient 3**'s March 11, 2011 procedure that the following two CPT codes were submitted by Defendant Prime to Cigna for the care provided by Dr. Victor:

a.    77003; and

b.    27096.[18]

88.    The CPT codes referenced at Paragraph 86(a)-(b) are the same as those (negligently) submitted for the care provided by C.R.N.A. Aponte.[19]

---

[14]    (**Exhibit 7 – HICF for Patient 3's 3/11/11 Anesthesia Care**).
[15]    ABRAHAM M, *et al*, n. 1, *supra* at 385.
[16]    (**Exhibit 7**).
[17]    ABRAHAM M, *et al*, n. 1, *supra* at 126 & 550.
[18]    (**Exhibit 8 – EOBs for Patient 3's 3/11/11 Procedure for Both AC and VIP**).
[19]    See (**Exhibit 7**).

The Greenberg, Dresevic, Hinrichsen, Iwrey, Kalmowitz, Lebow & Pendleton Law Group  •  1983 Marcus Ave, Ste 106  •  Lake Success, NY 11042  •  (516) 492-3390

89.    However, the CPT specifically provides a "zero code" to be used for anesthesia services like those provided by C.R.N.A. Aponte in such circumstances: 01160 "[a]nesthesia for closed procedures involving the symphysis pubis or sacroiliac joint."[20]

90.    This code (01160) was not used for the March 11, 2011 procedure. Indeed, no anesthesia code was used whatsoever throughout the entire course of the relationship with Plaintiff AC.

91.    Review of Defendant Prime's Statement for Plaintiff AC[21] as to **Patient 3** reveals that every service provided by Plaintiff AC was billed without using a "zero code".

92.    Further, comparison of Defendant Prime's Statement for Plaintiff AC and the Statement for Plaintiff VIP[22] concerning **Patient 3** for the same time period reveal that Defendants submitted the same codes to Cigna for reimbursement for both providers.

93.    Ironically, on December 3, 2011, Dr. Victor forwarded to Defendant Ungaro and Defendant Prime an email entitled "Coding: Planting Seeds for Success in 2012", discussing a webinar regarding issues in coding in pain management procedures.[23]

94.    On February 23, 2012, Cigna Business Project Manager, Cathy Bailey emailed Dr. Victor with regard to the claims submitted for anesthesiology services provided by Plaintiff AC. In that email, Ms. Bailey stated that:

> [o]nly one profession can bill for the procedure, for example, if the service is 62311 [lumbar/sacral joint injection[24]], only one claim with that code should be

---

| | |
|---|---|
| 20 | ABRAHAM M, *et al*, n. 1, *supra* at 47. |
| 21 | **(Exhibit 9 – Statement for AC as to Patient 3)**. |
| 22 | **(Exhibit 10 – Statement )**. |
| 23 | **(Exhibit 11)**. |
| [24] | ABRAHAM M, *et al*, n. 1, *supra* at 321. |

The Greenberg, Dresevic, Hinrichsen, Iwrey, Kalmowitz, Lebow & Pendleton Law Group   ●   1983 Marcus Ave, Ste 106   ●   Lake Success, NY 11042   ●   (516) 492-3390

The Greenberg, Dresevic, Hinrichsen, Iwrey, Kalmowitz, Lebow & Pendleton Law Group ● 1983 Marcus Ave, Ste 106 ● Lake Success, NY 11042 ● (516) 492-3390

submitted. If you choose to have an anesthesiologist that code would be under the anesthesia codes, starting with 00. The way these claims are submitted it appears to be duplicate.[25]

Dr. Victor forwarded this email to Defendant Ungaro/Defendant Prime on February 27, 2012.[26]

95.     Defendant Prime was again informed of the error in their billing submissions by way of an email from Cathy Bailey on February 29, 2012.[27]

96.     On February 28, 2012, Defendant Ungaro emailed Cathy Bailey at Cigna, informing her that "[a]ll the claims in question were sent out using an anesthesia submission platform", and stating that "all claims were sent indicating the minutes and units associated with the authorized procedures."[28]

97.     On February 29, 2012, Ms. Bailey informed Defendant Ungaro that "there are no claims for anesthesia, with an anesthesia code."[29] Ms. Bailey continued, informing Defendant Ungaro and Defendant Prime that "[w]hat I need is the actual anesthesia code which normally begins with a zero "0" along with timed units."[30]

98.     Nonetheless, Defendants continued to erroneously submit claims for anesthesia billing using the same code as the underlying pain procedure itself, as it had been doing since the commencement of the agreement with Plaintiff AC.

99.     As a result, Plaintiffs also received no payments from Medicare for approximately two years, due to Defendants' improper submission and coding of anesthesia procedures.

---

[25]    (**Exhibit 12**).
[26]    (**Exhibit 12**).
[27]    (**Exhibit 13**).
[28]    (**Exhibit 13**).
[29]    (**Exhibit 13**).
[30]    (**Exhibit 13**).

100.     Moreover, due to 12-month timely filing restrictions, Plaintiff AC has been unable to collect as to erroneously filed claims.

101.     As an additional result, Plaintiffs received substantially less compensation from third party payors because of the improper billing practices provided by Defendants.

102.     Further, due to the improper coding performed by Defendants, Plaintiffs are now being subjected to a significant overpayment demand by Cigna, who insures a substantial percentage of Plaintiffs' patients. Cigna will be demanding payment of a substantial amount of money from Plaintiffs for alleged double billing that occurred while Defendants were providing coding and billing services. That is, using the same procedure codes for Plaintiff VIP and Plaintiff AC, which was interpreted by third party payors as billing for each procedure twice.

103.     Though Cigna is the biggest third party payor in the U.S. Virgin Islands, similar circumstances have now occurred with the American Postal Workers Union (the "APWU"), another large payor. As a result, the APWU has sent the Plaintiffs another post-payment audit and accompanying demand, requesting the repayment of monies, the amounts still to be determined.

104.     Because of the issues with Defendant Prime, Cigna has put Plaintiff AC into a program where each claim for reimbursement must be individually assessed before it is paid out, creating practice-straining lag time for reimbursements and additional pressures on Plaintiff AC's new billing company and Plaintiffs' staff.

105.     Since Defendants were compensated to provide coding and billing services based upon a percentage of their collections, Defendants were unjustly compensated for the overbillings that they performed.

The Greenberg, Dresevic, Hinrichsen, Iwrey, Kalmowitz, Lebow & Pendleton Law Group   •   1983 Marcus Ave., Ste 106 • Lake Success, NY 11042 • (516) 492-3390

106.    As a result of the overpayment demands, Plaintiffs have been required to retain consultants, experts and attorneys to defend themselves, the cost of which is a direct result of Defendants' acts/omissions, discussed above.

## COUNT I

### (Breach of Contract)

107.    Plaintiffs repeat and reallege the previous allegations of this Verified Complaint as if set forth fully herein.

108.    As shown above, there was a contractual relationship between the Plaintiffs and Defendants Prime, Rocco Ungaro and Michael Rotondaro.

109.    Plaintiffs performed under the agreement, namely by paying Defendants Prime, Rocco Ungaro and Michael Rotondaro for what they reasonably expected was accurate medical coding and billing services in accordance with industry standards.

110.    Yet Defendants Prime, Rocco Ungaro and Michael Rotondaro failed to provide medical coding and billing services in accordance with industry standards, thereby breaching their contract with Plaintiffs.

111.    As a result of Defendants Prime, Rocco Ungaro and Michael Rotondaro's aforementioned actions and or omissions and contractual breaches, Plaintiffs suffered damages, including, but not limited to, payments made for substandard billing and coding services and consequential loss of profits, namely otherwise billable services that were not billed and/or inappropriately coded and billed, loss of good will with third party payors, required repayments to third party payors, additional payments to the Plaintiffs' administrative staff resulting from Defendants Prime, Rocco Ungaro and Michael Rotondaro's conduct, consulting fees,

The Greenberg, Dresevic, Hinrichsen, Iwrey, Kalmowitz, Lebow & Pendleton Law Group  ●  1983 Marcus Ave, Ste 106  ●  Lake Success, NY 11042  ●  (516) 492-3390

legal fees, the cost of which is a direct result of Defendants' aforementioned acts/omissions, as well as and any and all other economic and non-economic damages available at law.

**WHEREFORE**, Plaintiffs demand that Judgment be entered in their favor and against Defendants jointly and severally for compensatory, expectation, consequential, incidental, reliance and/or restitution damages, together with prejudgment interest and costs of suit, including recovery of reasonable attorneys' fees.

## COUNT II

### (Careless Contractual Work)

112.    Plaintiffs repeat and reallege the previous allegations of this Verified Complaint as if set forth fully herein.

113.    As set forth above, Defendants Prime, Rocco Ungaro and Michael Rotondaro were charged with performing work, namely billing services under the contract with Plaintiffs.

114.    There were both express and implied terms of performance of billing services by Defendants Prime, Rocco Ungaro and Michael Rotondaro in accordance with industry standards.

115.    Defendants Prime, Rocco Ungaro and Michael Rotondaro were required to exercise reasonable skill and care in performing the work.

116.    Defendants Prime, Rocco Ungaro and Michael Rotondaro, negligently performed their work, giving rise to actions in tort and breach of contract.

117.    Defendants Prime, Rocco Ungaro and Michael Rotondaro failed to perform medical coding and billing services for Plaintiffs in accordance with industry

standards and in compliance with third party payor contracts, rules, and/or guidelines, acting careless in the performance of their work.

118.    As a result of Defendants Prime, Rocco Ungaro and Michael Rotondaro's actions and/or omissions, Plaintiffs suffered damages, including, but not limited to, payments made for substandard billing and coding services and consequential loss of profits, namely otherwise billable services that were not billed and/or inappropriately coded and billed, loss of good will with third party payors, required repayments to third party payors, additional payments to the Plaintiffs' administrative staff resulting from Defendants Prime, Rocco Ungaro and Michael Rotondaro's conduct, consulting fees, legal fees, the cost of which is a direct result of Defendants' aforementioned acts/omissions, as well as and any and all other economic and non-economic damages available at law.

**WHEREFORE**, Plaintiffs demand that Judgment be entered in their favor and against Defendants jointly and severally for compensatory, expectation, consequential, incidental, reliance and/or restitution damages, together with prejudgment interest and costs of suit, including recovery of reasonable attorneys' fees.

## COUNT III

### (Constructive Fraud In Contract)

119.    Plaintiffs repeat and reallege the previous allegations of this Verified Complaint as if set forth fully herein.

120.    Plaintiffs were engaged in a contract with Defendants for coding and billing services, as described above.

The Greenberg, Dresevic, Hinrichsen, Iwrey, Kalmowitz, Lebow & Pendleton Law Group ● 1983 Marcus Ave., Ste 106 ● Lake Success, NY 11042 ● (516) 492-3390

121.    Defendants Prime and its agents, including, but not limited to Rocco Ungaro and Michael Rotondaro made representations of fact as to their ability to provide appropriate coding and billing services.

122.    Defendant Prime, Rocco Ungaro and Michael Rotondaro represented to Plaintiffs that they possessed "coding intelligence" as well as the ability to code and submit claims for reimbursement to third party payors on behalf of Plaintiffs.

123.    Throughout the scope of the relationship between Defendants Prime, Ungaro and Rotondaro and Plaintiffs, Defendants repeatedly represented themselves to be capable of submission of claims for reimbursement to third party payors by way of Defendants' representations in email correspondence with representatives of Plaintiffs, Preferred Physician Organizations and third party payors.

124.    However, Defendants' representations pertaining to their ability to code and bill were materially false.

125.    The representations of fact made by Defendants Prime, Rocco Ungaro and Michael Rotondaro were either untrue or recklessly made.

126.    DefendantsPrime, Rocco Ungaro and Michael Rotondaro failed to perform medical coding and billing services for Plaintiffs in accordance with industry standards and in compliance with third party payor contracts, rules, and/or guidelines in contravention of their representations to do so.

127.    As a result of Defendants Prime, Rocco Ungaro and Michael Rotondaro's aforementioned actions and/or omissions, which constitute constructive fraud, Plaintiffs suffered damages, including, but not limited to, payments made for substandard billing and coding services and consequential loss of profits, namely otherwise billable services that were not billed and/or

The Greenberg, Dresevic, Hinrichsen, Ivrey, Kalmowitz, Lebow & Pendleton Law Group  ●  1983 Marcus Ave., Ste 106  ●  Lake Success, NY 11042  ●  (516) 492-3390

inappropriately coded and billed, loss of good will with third party payors, required repayments to third party payors, additional payments to the Plaintiffs' administrative staff resulting from Defendants Prime, Rocco Ungaro and Michael Rotondaro's conduct, consulting fees, legal fees, the cost of which is a direct result of Defendants' aforementioned acts/omissions, as well as and any and all other economic and non-economic damages available at law.

**WHEREFORE**, Plaintiffs demand that Judgment be entered in their favor and against Defendants jointly and severally for compensatory, expectation, consequential, incidental, reliance and/or restitution damages, together with prejudgment interest and costs of suit, including recovery of reasonable attorneys' fees.

## COUNT IV

### (Breach of Fiduciary Duty)

128.    Plaintiffs repeat and reallege the previous allegations of this Verified Complaint as if set forth more fully herein.

129.    As described above, there was a fiduciary relationship between Defendants Prime, Rocco Ungaro and Michael Rotondaro and Plaintiffs.

130.    Plaintiffs relied upon Defendants to use their superior position as to the coding and billing of third party payor claims.

131.    In the context of this fiduciary relationship wherein Defendants Prime, Rocco Ungaro and Michael Rotondaro were responsible for appropriate coding and the submission of billings to numerous third party payors, and were then compensated on a percentage basis, Defendants Prime, Rocco Ungaro and Michael Rotondaro engaged in inappropriate coding and billing practices, including "double

The Greenberg, Dresevic, Hinrichsen, Iwrey, Kalmowitz, Lebow & Pendleton Law Group ● 1983 Marcus Ave, Ste 106 ● Lake Success, NY 11042 ● (516) 492-3390

billing", which were self-dealing transactions in that they artificially inflated the reimbursement received by Plaintiffs thereby resulting in higher compensation to themselves.

132.    Defendants Prime, Rocco Ungaro and Michael Rotondaro were acting contrary to the interests of Plaintiffs, to whom a duty of loyalty was owed.

133.    Defendants Prime, Rocco Ungaro and Michael Rotondaro failed to perform medical coding and billing services for Plaintiffs in accordance with industry standards and in compliance with third party payor contracts, rules, and/or guidelines.

134.    As a result of Defendant Prime, Rocco Ungaro and Michael Rotondaro's aforementioned actions and/or omissions, which constitute breach of fiduciary duty, Plaintiffs suffered damages, including, but not limited to, payments made for substandard billing and coding services and consequential loss of profits, namely otherwise billable services that were not billed and/or inappropriately coded and billed, loss of good will with third party payors, required repayments to third party payors, additional payments to Plaintiffs' administrative staff resulting from Defendants Prime, Rocco Ungaro and Michael Rotondaro's conduct, consulting fees, legal fees, the cost of which is a direct result of Defendants' aforementioned acts/omissions, as well as and any and all other economic and non-economic damages available at law.

**WHEREFORE**, Plaintiffs demand that Judgment be entered in their favor and against Defendants jointly and severally for compensatory, expectation, consequential, incidental, reliance and/or restitution damages, together with prejudgment interest and costs of suit, including recovery of reasonable attorneys' fees.

The Greenberg, Dresevic, Hinrichsen, Iwrey, Kalmowitz, Lebow & Pendleton Law Group • 1983 Marcus Ave., Ste 106 • Lake Success, NY 11042 • (516) 492-3390

The Greenberg, Dresevic, Hinrichsen, Iwrey, Kalmowitz, Lebow & Pendleton Law Group ● 1983 Marcus Ave, Ste 106 ● Lake Success, NY 11042 ● (516) 492-3390

## COUNT V

### (Fraudulent Concealment by Fiduciaries)

135.    Plaintiffs repeat and reallege the previous allegations of this Verified Complaint as if set forth fully herein.

136.    Defendants Prime, Rocco Ungaro and Michael Rotondaro each owed an independent fiduciary duty to Plaintiffs.

137.    Defendants Prime, Rocco Ungaro and Michael Rotondaro concealed the fact that they were incorrectly performing medical coding and billing services and ignoring clear directions by the applicable third party payors.

138.    Defendants Prime, Rocco Ungaro and Michael Rotondaro represented to Plaintiffs that they possessed "coding intelligence" as well as the ability to code and submit claims for reimbursement to third party payors on behalf of Plaintiffs.

139.    Throughout the scope of the relationship between Defendants Prime, Ungaro and Rotondaro with Plaintiffs, Defendants repeatedly represented themselves to be capable of submission of claims for reimbursement to third party payors by way of Defendants' representations in email correspondence with representatives of Plaintiffs, Preferred Physician Organizations and third party payors.

140.    However, Defendants' representations pertaining to their ability to code and bill were materially false.

141.    Defendants Prime, Rocco Ungaro and Michael Rotondaro's concealment was intentional in order to defraud or mislead Plaintiffs for purposes of self-interest.

142.    Plaintiffs reasonably relied upon the representations of Defendants Prime, Rocco Ungaro and Michael Rotondaro not knowing of their falsity at the time.

143.   As a result of Defendants Prime, Rocco Ungaro and Michael Rotondaro's aforementioned actions and/or omissions, which constitute fraudulent concealment, Plaintiffs suffered damages, including, but not limited to, payments made for substandard billing and coding services and consequential loss of profits, namely otherwise billable services that were not billed and/or inappropriately coded and billed, loss of good will with third party payors, required repayments to third party payors, additional payments to Plaintiffs' administrative staff resulting from Defendants Prime, Rocco Ungaro and Michael Rotondaro's conduct, consulting fees, legal fees, the cost of which is a direct result of Defendants' aforementioned acts/omissions, as well as and any and all other economic and non-economic damages available at law.

**WHEREFORE**, Plaintiffs demand that Judgment be entered in their favor and against Defendants jointly and severally for compensatory, expectation, consequential, incidental, reliance and/or restitution damages, together with prejudgment interest and costs of suit, including recovery of reasonable attorneys' fees.

## COUNT VI

(Contract Performance Interfered With By Outsider)

144.   Plaintiffs repeat and reallege the previous allegations of this Verified Complaint as if set forth fully herein.

145.   Plaintiffs had contractual relationships with third party payors, such as Cigna and the Centers for Medicare Services (e.g., Medicare).

146.   Defendants Prime, Rocco Ungaro and Michael Rotondaro intentionally and wrongfully interfered with these contracts.

The Greenberg, Dresevic, Hinrichsen, Iwrey, Kalmowitz, Lebow & Pendleton Law Group ♦ 1983 Marcus Ave., Ste 106 ♦ Lake Success, NY 11042 ♦ (516) 492-3390

147.   Defendants Prime, Rocco Ungaro and Michael Rotondaro each owed independent fiduciary duties to Plaintiffs.

148.   There was no legal or social justification for Defendants Prime, Rocco Ungaro and Michael Rotondaro's interference with Plaintiffs' relationships with third party payors.

149.   Defendants Prime, Rocco Ungaro and Michael Rotondaro failed to perform medical coding and billing services for Plaintiffs in accordance with industry standards and in compliance with third party payor contracts, rules, and/or guidelines for purposes of self-interest.

150.   As a result of Defendants Prime, Rocco Ungaro and Michael Rotondaro's aforementioned actions and/or omissions, which constitute tortious interference with contract, Plaintiffs suffered damages, including, but not limited to, payments made for substandard billing and coding services and consequential loss of profits, namely otherwise billable services that were not billed and/or inappropriately coded and billed, loss of good will with third party payors, required repayments to third party payors, additional payments to Plaintiffs' administrative staff resulting from Defendants Prime, Rocco Ungaro and Michael Rotondaro's conduct, consulting fees, legal fees, the cost of which is a direct result of Defendants' aforementioned acts/omissions, as well as and any and all other economic and non-economic damages available at law.

**WHEREFORE**, Plaintiffs demand that Judgment be entered in their favor and against Defendants jointly and severally for compensatory, expectation, consequential, incidental, reliance and/or restitution damages, together with prejudgment interest and costs of suit, including recovery of reasonable attorneys' fees.

## **COUNT VII**

### (Promissory Estoppel)

151.    Plaintiffs repeat and reallege the previous allegations of this Verified Complaint as if set forth fully herein.

152.    There was a clear and unambiguous promise on the part of Defendants Prime, Rocco Ungaro and Michael Rotondaro to perform medical coding and billing services for Plaintiffs in accordance with industry standards and in compliance with third party payor contracts, rules and/or guidelines.

153.    Plaintiffs reasonably and foreseeably relied upon such promise made by Defendants Prime, Rocco Ungaro and Michael Rotondaro and would not have paid Defendants but for their belief that Defendants were abiding by such promise.

154.    By relying on Defendants Prime, Rocco Ungaro and Michael Rotondaro's promise, Plaintiffs were damaged due to Defendants Prime, Rocco Ungaro and Michael Rotondaro's failure to perform medical coding and billing services in accordance with industry standards and in compliance with third party payor contracts, rules and/or guidelines.

155.    As a result of Defendants Prime, Rocco Ungaro and Michael Rotondaro's aforementioned acts and/or omissions, Plaintiffs suffered damages, including, but not limited to, payments made for substandard billing and coding services and consequential loss of profits, namely otherwise billable services that were not billed and/or inappropriately coded and billed, loss of good will with third party payors, required repayments to third party payors, additional payments to Plaintiffs' administrative staff resulting from Defendants Prime, Rocco Ungaro and Michael Rotondaro's conduct, consulting fees, legal fees, the cost of which is a direct

The Greenberg, Dresevic, Hinrichsen, Iwrey, Kalmowitz, Lebow & Pendleton Law Group  ●  1983 Marcus Ave., Ste 106 ● Lake Success, NY 11042  ●  (516) 492-3390

The Greenberg, Dresevic, Hinrichsen, Iwrey, Kalmowitz, Lebow & Pendleton Law Group ● 1983 Marcus Ave., Ste 106 ● Lake Success, NY 11042 ● (516) 492-3390

result of Defendants' aforementioned acts/omissions, as well as and any and all other economic and non-economic damages available at law.

**WHEREFORE**, Plaintiffs demand that Judgment be entered in their favor and against Defendants jointly and severally for compensatory, expectation, consequential, incidental, reliance and/or restitution damages, together with prejudgment interest and costs of suit, including recovery of reasonable attorneys' fees.

## COUNT VIII

### (Fraud and Deceit)

156.    Plaintiffs repeat and reallege the previous allegations of this Verified Complaint as if set forth fully herein.

157.    Defendants Prime, Rocco Ungaro and Michael Rotondaro represented to Plaintiffs that they possessed "coding intelligence" as well as the ability to code and submit claims for reimbursement to third party payors on behalf of Plaintiffs.

158.    Throughout the scope of the relationship between Defendants Prime, Ungaro and Rotondaro with Plaintiffs, Defendants repeatedly represented themselves to be capable of submission of claims for reimbursement to third party payors by way of Defendants' representations in email correspondence with representatives of Plaintiffs, Preferred Physician Organizations and third party payors.

159.    However, Defendants' representations pertaining to their ability to code and bill were materially false.

160.    Further, during the course of the relationship with Plaintiffs, Defendants Prime, Ungaro and Rotondaro materially misrepresented the nature of

why claims were being rejected, citing problems with their "vendor" and Cigna's policies, rather than their own failures to properly submit claims for reimbursement.

161.   As such, Defendants Prime, Rocco Ungaro and Michael Rotondaro made misrepresentations of facts with regard to the medical coding and billing services provided to Plaintiffs.

162.   The misrepresentations of facts were known by Defendants to be false.

163.   The Defendants intended to induce Plaintiffs' reliance upon their intentional misrepresentations, in order to receive and continue receiving payment for medical coding and billing services provided to Plaintiffs.

164.   Plaintiffs' reliance upon the misrepresentations of Defendants Prime, Rocco Ungaro and Michael Rotondaro was justifiable.

165.   As a result of Defendants Prime, Rocco Ungaro and Michael Rotondaro's aforementioned actions and omissions, Plaintiffs suffered damages, including, but not limited to, payments made for substandard billing and coding services and consequential loss of profits, namely otherwise billable services that were not billed and/or inappropriately coded and billed, loss of good will with third party payors, required repayments to third party payors, additional payments to Plaintiffs' administrative staff resulting from Defendants Prime, Rocco Ungaro and Michael Rotondaro's conduct, consulting fees, legal fees, the cost of which is a direct result of Defendants' aforementioned acts/omissions, as well as and any and all other economic and non-economic damages available at law.

**WHEREFORE**, Plaintiffs demand that Judgment be entered in their favor and against Defendants jointly and severally for compensatory, expectation, consequential, incidental, reliance and/or restitution damages, together with

The Greenberg, Dresevic, Hinrichsen, Iwrey, Kalmowitz, Lebow & Pendleton Law Group ● 1983 Marcus Ave., Ste 106 ● Lake Success, NY 11042 ● (516) 492-3390

prejudgment interest and costs of suit, including recovery of reasonable attorneys' fees.

## COUNT IX

### (Professional/Tradeperson Malpractice)

166.   Plaintiffs repeat and reallege the previous allegations of this Verified Complaint as if set forth fully herein.

167.   Defendants Prime, Rocco Ungaro and Michael Rotondaro were engaged in the trade/profession of providing medical coding and billing services.

168.   Defendants Prime, Rocco Ungaro and Michael Rotondaro negligently departed from the accepted standards of practice by way of the following:

a. Failure to timely and properly provide competent medical coding and billing services;

b. Failure to timely and properly exercise reasonable diligence in providing medical coding and billing services;

c. Failure to timely and properly comport to applicable industry practices for medical coding and billing services;

d. Failure to timely and properly ensure that the proper billing codes were used when billing for anesthesia services;

e. Failure to timely and properly use billing codes starting with a "0" for anesthesia services provided by Plaintiffs;

f. Failure to perform medical coding and billing services for Plaintiffs in accordance with industry standards and in compliance with third party payor contracts, rules, and/or guidelines.

g. Failure to timely and properly refrain from submitting double billings and/or other inappropriate billing

The Greenberg, Dresevic, Hinrichsen, Ivrey, Kalmowitz, Lebow & Pendleton Law Group ● 1983 Marcus Ave., Ste 106 ● Lake Success, NY 11042 ● (516) 492-3390

practices to third party payors on behalf of Plaintiffs; and

h. Any and all other acts of professional/tradeperson negligence identified through the discovery process.

169.   Defendants' aforementioned actions/omissions make them liable to Plaintiffs for professional/tradeperson negligence/malpractice.

170.   As a result of Defendants Prime, Rocco Ungaro and Michael Rotondaro's aforementioned actions and/or omissions, Plaintiffs suffered damages, including, but not limited to, payments made for substandard billing and coding services and consequential loss of profits, namely otherwise billable services that were not billed and/or inappropriately coded and billed, loss of good will with third party payors, required repayments to third party payors, additional payments to Plaintiffs' administrative staff resulting from Defendants Prime, Rocco Ungaro and Michael Rotondaro's conduct, consulting fees, legal fees, the cost of which is a direct result of Defendants' aforementioned acts/omissions, as well as and any and all other economic and non-economic damages available at law.

**WHEREFORE**, Plaintiffs demand that Judgment be entered in their favor and against Defendants jointly and severally for compensatory, expectation, consequential, incidental, reliance and/or restitution damages, together with prejudgment interest and costs of suit, including recovery of reasonable attorneys' fees.

## COUNT IX

### (Negligent Supervision)

171.   Plaintiffs repeat and reallege the previous allegations of this Verified Complaint as if set forth fully herein.

The Greenberg, Dresevic, Hinrichsen, Iwrey, Kalmowitz, Lebow & Pendleton Law Group ● 1983 Marcus Ave., Ste 106 ● Lake Success, NY 11042 ● (516) 492-3390

172.   There was a supervisory relationship between Defendant Prime and its principals and Defendants Rocco Ungaro, Michael Rotondaro and/or other agents of Defendant Prime.

173.   Defendants Gerald Martin and John Miklitsch, as shareholders/owners of Prime, had a duty to timely and properly:

    a.   Make reasonable staffing decisions;

    b.   Ensure employees/agents/contractors were qualified to provide services offered;

    c.   Ensure employees/agents/contractors received adequate training so as to be able to provide appropriate services to clients;

    d.   Refrain from employing/retaining/contracting with individuals incapable of performing coding and/or billing activities for clients;

    e.   Establish proper guidelines, protocols and/or procedures to ensure that employees/agents/contractors provide appropriate services to clients;

    f.   Ensure that employees/agents/contractors possess and/or have the necessary access to appropriate materials to ensure the provision of appropriate services to clients such as Plaintiffs, including, but not limited to coding guidebooks and computer software; and

    g.   Any and all other acts/omissions revealed through the discovery process.

174.   Defendants Martin and Miklitsch did none of the things identified in Paragraph 172, above, and as a result are liable to Plaintiffs for negligent supervision.

175.   Defendants Martin and Miklitsch either knew, or should have known that agents of Prime were unable to correctly provide services to Plaintiffs.

The Greenberg, Dresevic, Hinrichsen, Iwrey, Kalmowitz, Lebow & Pendleton Law Group ● 1983 Marcus Ave, Ste 106 ● Lake Success, NY 11042 ● (516) 492-3390

176.   Defendants' inability to correctly provide services to Plaintiffs resulted in damages to Plaintiffs.

177.   As a result of Gerald Martin, John Miklitsch, Prime, Rocco Ungaro and Michael Rotondaro's aforementioned actions and/or omissions, Plaintiffs suffered damages, including, but not limited to, payments made for substandard billing and coding services and consequential loss of profits, namely otherwise billable services that were not billed and/or inappropriately coded and billed, loss of good will with third party payors, required repayments to third party payors, additional payments to Plaintiffs' administrative staff resulting from Defendants Prime, Gerald Martin, John Miklitsch, Rocco Ungaro and Michael Rotondaro's conduct, consulting fees, legal fees, the cost of which is a direct result of Defendants' aforementioned acts/omissions, as well as and any and all other economic and non-economic damages available at law.

**WHEREFORE**, Plaintiffs demand that Judgment be entered in their favor and against Defendants jointly and severally for compensatory, expectation, consequential, incidental, reliance and/or restitution damages, together with prejudgment interest and costs of suit, including recovery of reasonable attorneys' fees.

The Greenberg, Dresevic, Hinrichsen, Iwrey, Kalmowitz, Lebow & Pendleton Law Group ● 1983 Marcus Ave., Ste 106 ● Lake Success, NY 11042 ● (516) 492-3390

Respectfully Submitted,

**The Greenberg, Dresevic, Hinrichsen, Iwrey, Kalmowitz, Lebow & Pendleton Law Group**

August 21, 2013

By:  Robert S. Iwrey
Attorneys for Plaintiffs
1983 Marcus Ave., Ste. 106
Lake Success, NY 11042
(516) 492-3390/FAX-3389

## VERIFICATION

TERRITORY OF THE U.S. VIRGIN ISLANDS       :

                                                SS.

ISLAND OF ST. THOMAS       :

        Janice Victor, M.D., of full age, being duly sworn according to law, upon her oath deposes and says:

        I am a member of Anesthesiology Consultants, L.L.C., Virgin Islands Pain Management Associates, L.L.C. and Carib Equipment, L.L.C. f/k/a Caribbean Pain Management Equipment and Supplies, L.L.C. and am familiar with transactions and occurrences in the Verified Complaint.

        I have reviewed the Verified Complaint, and based on my understanding of the documents and my personal involvement with these services transactions, the factual matters contained herein are true to the best of my knowledge.

                                Janice Victor, M.D.

Sworn and subscribed to before
Me this 27ᵗ day of August, 2013

NOTARY PUBLIC
Name: *Joann F. Penn-Lynch*
My Commission Exp: June 12. 2017
NP Commission #: NP-50-13
St. Thomas/St. John, USVI District

The Greenberg, Dresevic, Hinrichsen, Iwrey, Kalmowitz, Lebow & Pendleton Law Group ● 1983 Marcus Ave., Ste 106 ● Lake Success, NY 11042 ● (516) 492-3390

# EXHIBIT 1

...rds Pain Management
Box 7877
St. Thomas, VI. 00801
Tax ID# 66-0663866

Daily Billing Statements

Date: _____

TEL: 714-7246
Fax: 866-820-2137
PIN#1-42979

| Name & Address | Insurance Info | Social Security # | DOB# | Phone number |
|---|---|---|---|---|
| **Patient 1** | | | | |

Patient
Pain Physician: Dr. Victor
Diagnosis: Cervical

| Date: | CPT | Description | Total Cost | Deductible | Paid | Billed | Form of Payment |
|---|---|---|---|---|---|---|---|
| 3/8/13 | 99215 | Billing CPT List | Medicare 30.00 | 30.00 | 30.00 | 138.00 | CC |

**Follow-up Patient Initial Visit**

Patient Name: Patient 1

Date of office Visit: March 8, 2012







Janice D. Victor, M.D

**Physician's Signature**

# EXHIBIT 2

This is an image of the UB-04 Form

# EXHIBIT 3



Jun 05 13 02:00p      Law Office

CARIBBEAN PAIN MANAGEME
9150 SMITH THOMAS
SUITE # 207
ST. THOMAS, VI 00801

Patient 2

CIGNA HEALTH/SCRANTON
P.O. BOX 5200
SCRANTON, PA 18505

| | | | | | |
|---|---|---|---|---|---|
| 0278 | RINGER'S LACTATE INFUS | J7120 | 080609 | | |
| 0278 | LUMBAR, SACRAL (CAUDAL | 62311 | 080609 | | 281.08 |
| 0278 | PROLONGED SERVICE, OFF | 99354 | 080609 | | 128.25 |
| 0278 | FLUOROSCOPIC GUIDANCE | 77003TC | 080609 | | 283.50 |
| 0278 | LOW OSMOLAR CONTRAST M | 09957 | 080609 | | 297.00 |
| 0278 | SURGICAL SUPPLY, MISCE | A4649 | 080609 | | 343.00 |
| 0370 | SPECIAL SERVICE OF REP | 99199 | 080609 | | 71.99 |
| 0278 | DROPERIDOL | J1050 | 080609 | | 82.65 |
| 0278 | INSERTION TRAY WITHOUT | A4310 | 080609 | | 767.28 |
| 0278 | INVASIVE HANDAGE, FIRS | A6413 | 080609 | | 13.80 |
| 0278 | BETADINE | A4246 | 080609 | | 66.73 |
| 0278 | FACILITY FEE | 99075 | 080609 | | 31.40 |
| 0278 | SURGTRAY | A4550 | 080609 | | 191.50 |
| 0278 | SYRINGE WITH NEEDLE, S | A4206 | 080609 | | 1.10 |
| 0278 | SYRINGE WITH NEEDLE, S | A4208 | 080609 | | 1.30 |
| 0278 | UNLISTED ANESTH PROCED | 01998 | 080609 | | 265.11 |
| 0278 | GLOVES, STERILE PER PA | A4930 | 080609 | | 39.64 |
| 0278 | GLOVES, NONSTERILE , P | A4927 | 080609 | | 276.80 |
| 0278 | ALCOHOL WIPES. PER BOX | A4245 | 080609 | | 0.48 |
| 0278 | NEEDLES ONLY, STERILE, | A6215 | 080609 | | 9.03 |
| 0278 | GAUZE, NONIMPREGNATED, | A6402 | 080609 | | 2.36 |
| 0278 | INJECTION, BUPIVICAINE | S0070 | 080609 | | 87.25 |

PAGE 1 OF 2                    CREATION DATE  300709

CIGNA HEALTH/SCRANTON

Patient 2

Jun 06 13 02:04p      Law Office                  313 862 3770              p.9



# EXHIBIT 4



current procedural terminology

# *cpt* 2011

# Professional Edition

Michelle Abraham, MHA
Jay T. Ahlman
Angela J. Boudreau
Judy L. Connelly
Desiree D. Evans, AAS
Rejina L. Glenn
Gloria Green, BA
DeHandro Hayden, BS

Grace M. Kotowicz, RN, BS
Elizabeth Lomakovska, MPA, RHIT
Janette Meggs, RHIA
Marie L. Mindeman, BA, RHIT
Karen E. O'Hara, BS, CCS-P
Mary R. O'Heron, RHIA
Danielle Pavloski, BS, RHIT, CCS-P
Marjorie C. Rallins, DPM

Dan Reyes
Desiree Rozell, MPA
Lianne Stancik, RHIT
Peggy Thompson, MS, RHIA, CCS
Susan Tracy, MA, RHIT
Ada Walker, CCA
Arletrice Watkins, MHA, RHIA



AMA
AMERICAN
MEDICAL
ASSOCIATION

**Executive Vice President, Chief Executive Officer:** Michael D. Maves, MD, MBA
**Chief Operating Officer:** Bernard L. Hengesbaugh
**Senior Vice President, Publishing and Business Services:** Robert A. Musacchio, PhD
**Vice President, Business Operations:** Vanessa Hayden
**Publisher, CPT Physician Practice Solutions:** Jay T. Ahlman
**Continuity Editor:** Carol Brockman
**Director, CPT Product Development:** Dan Reyes
**Manager, Book and Product Development and Production:** Nancy Baker
**Senior Developmental Editor:** Lisa Chin-Johnson
**Director of Sales, Business Products:** J. D. Kinney
**Manager, Marketing and Strategic Planning:** Erin Kalitowski
**Marketing Manager:** Leigh Adams

Professional ISBN: 978-1-60359-217-8
ISSN: 0276-8283

*Current Procedural Terminology* (CPT®) copyright
2010 American Medical Association. All Rights Reserved

CPT is a registered trademark of the American Medical Association

Copyright 1966, 1970, 1973, 1977, 1981, 1983-2010 American Medical Association

1st Edition printed 1966
2nd Edition printed 1970
3rd Edition printed 1973
4th Edition printed 1977
Revised: 1978, 1979, 1980, 1981, 1982, 1984, 1985, 1986, 1987, 1988,
1989, 1990, 1991, 1992, 1993, 1994, 1995, 1996, 1997, 1998, 1999,
2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010

To purchase additional CPT products, contact the American Medical Association Customer Service
at 800 621-8335.

To request a license for distribution of products containing or reprinting CPT codes and/or guidelines,
please see our Web site at www.ama-assn.org/go/cpt or contact the American Medical Association CPT
Intellectual Property Services, 515 N. State Street, Chicago, Illinois 60654, 312 464-5022

AC36:EP054111:10-P-001:10/10
AC36:EP888811:10-P-001:10/10

# Anesthesia Guidelines

Time Reporting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .42
Physician's Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .42
Materials Supplied by Physician . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .42
Separate or Multiple Procedures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .42
Special Report . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .42
Anesthesia Modifiers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .43
  Physical Status Modifiers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .43
Qualifying Circumstances . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .43

# Anesthesia

Head (00100-00222) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .44
Neck (00300-00352) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .44
Thorax (Chest Wall and Shoulder Girdle) (00400-00474) . . . . . . . . . . . . . . . . . . . . . . . . . . . .44
Intrathoracic (00500-00580) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .45
Spine and Spinal Cord (00600-00670) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .45
Upper Abdomen (00700-00797) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .46
Lower Abdomen (00800-00882) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .46
Perineum (00902-00952) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .47
Pelvis (Except Hip) (01112-01190) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .47
Upper Leg (Except Knee) (01200-01274) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .47
Knee and Popliteal Area (01320-01444) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .48
Lower Leg (Below Knee, Includes Ankle and Foot) (01462-01522) . . . . . . . . . . . . . . . . . . . .48
Shoulder and Axilla (01610-01682) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .48
Upper Arm and Elbow (01710-01782) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .49
Forearm, Wrist, and Hand (01810-01860) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .49
Radiological Procedures (01916-01936) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .49
Burn Excisions or Debridement (01951-01953) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .50
Obstetric (01958-01969) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .50
Other Procedures (01990-01999) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .50



# Anesthesia Guidelines

Services involving administration of anesthesia are reported by the use of the anesthesia five-digit procedure code (00100-01999) plus modifier codes (defined under "Anesthesia Modifiers" later in these Guidelines).

The reporting of anesthesia services is appropriate by or under the responsible supervision of a physician. These services may include but are not limited to general, regional, supplementation of local anesthesia, or other supportive services in order to afford the patient the anesthesia care deemed optimal by the anesthesiologist during any procedure. These services include the usual preoperative and postoperative visits, the anesthesia care during the procedure, the administration of fluids and/or blood and the usual monitoring services (eg, ECG, temperature, blood pressure, oximetry, capnography, and mass spectrometry). Unusual forms of monitoring (eg, intra-arterial, central venous, and Swan-Ganz) are not included.

Items used by all physicians in reporting their services are presented in the **Introduction.** Some of the commonalities are repeated in this section for the convenience of those physicians referring to this section on **Anesthesia.** Other definitions and items unique to anesthesia are also listed

To report moderate (conscious) sedation provided by a physician also performing the service for which conscious sedation is being provided, see codes 99143-99145

For the procedures listed in Appendix G, when a second physician other than the health care professional performing the diagnostic or therapeutic services provides moderate (conscious) sedation in the facility setting (eg, hospital, outpatient hospital/ambulatory surgery center, skilled nursing facility), the second physician reports the associated moderate sedation procedure/service 99148-99150; when these services are performed by the second physician in the nonfacility setting (eg, physician office, freestanding imaging center), codes 99148-99150 would not be reported. Moderate sedation does not include minimal sedation (anxiolysis), deep sedation, or monitored anesthesia care (00100-01999).

To report regional or general anesthesia provided by a physician also performing the services for which the anesthesia is being provided, see modifier 47 in Appendix A.

## Time Reporting

Time for anesthesia procedures may be reported as is customary in the local area. Anesthesia time begins when the anesthesiologist begins to prepare the patient for the induction of anesthesia in the operating room (or in an equivalent area) and ends when the anesthesiologist is no longer in personal attendance, that is, when the patient may be safely placed under postoperative supervision.

## Physician's Services

Physician's services rendered in the office, home, or hospital; consultation; and other medical services are listed in the section titled **Evaluation and Management Services** (99201-99499 series) found on page 1. "Special Services and Reporting" (99000-99091 series) are listed in the **Medicine** section

## Materials Supplied by Physician

Supplies and materials provided by the physician (eg, sterile trays, drugs) over and above those usually included with the office visit or other services rendered may be listed separately. Drugs, tray supplies, and materials provided should be listed and identified with 99070 or the appropriate supply code.

## Separate or Multiple Procedures

When multiple surgical procedures are performed during a single anesthetic administration, the anesthesia code representing the most complex procedure is reported. The time reported is the combined total for all procedures.

## Special Report

A service that is rarely provided, unusual, variable, or new may require a special report. Pertinent information should include an adequate definition or description of the nature, extent, and need for the procedure and the time, effort, and equipment necessary to provide the service.

# Anesthesia Modifiers

All anesthesia services are reported by use of the anesthesia five-digit procedure code (00100-01999) plus the addition of a physical status modifier. The use of other optional modifiers may be appropriate.

## Physical Status Modifiers

Physical Status modifiers are represented by the initial letter 'P' followed by a single digit from 1 to 6 as defined in the following list:

**P1:** A normal healthy patient

**P2:** A patient with mild systemic disease

**P3:** A patient with severe systemic disease

**P4:** A patient with severe systemic disease that is a constant threat to life

**P5:** A moribund patient who is not expected to survive without the operation

**P6:** A declared brain-dead patient whose organs are being removed for donor purposes

These six levels are consistent with the American Society of Anesthesiologists (ASA) ranking of patient physical status. Physical status is included in the CPT codebook to distinguish among various levels of complexity of the anesthesia service provided.

Example: 00100-P1

# Qualifying Circumstances

More than one qualifying circumstance may be selected

Many anesthesia services are provided under particularly difficult circumstances, depending on factors such as extraordinary condition of patient, notable operative conditions, and/or unusual risk factors. This section includes a list of important qualifying circumstances that significantly affect the character of the anesthesia service provided. These procedures would not be reported alone but would be reported as additional procedure numbers qualifying an anesthesia procedure or service.

**+ 99100** Anesthesia for patient of extreme age, younger than 1 year and older than 70 (List separately in addition to code for primary anesthesia procedure)

(For procedure performed on infants younger than 1 year of age at time of surgery, see 00326, 00561, 00834, 00836)

**+ 99116** Anesthesia complicated by utilization of total body hypothermia (List separately in addition to code for primary anesthesia procedure)

**+ 99135** Anesthesia complicated by utilization of controlled hypotension (List separately in addition to code for primary anesthesia procedure)

**+ 99140** Anesthesia complicated by emergency conditions (specify) (List separately in addition to code for primary anesthesia procedure)

(An emergency is defined as existing when delay in treatment of the patient would lead to a significant increase in the threat to life or body part.)

# Anesthesia

## Head

| | |
|---|---|
| 00100 | Anesthesia for procedures on salivary glands including biopsy |
| | ⊃ *CPT Assistant* Feb 97:4 Nov 99:6 Feb 06:9 Mar 06:15 Nov 07:8 |
| 00102 | Anesthesia for procedures involving plastic repair of cleft lip |
| | ⊃ *CPT Assistant* Nov 99:6; *CPT Changes: An Insider's View* 2000 |
| 00103 | Anesthesia for reconstructive procedures of eyelid (eg blepharoplasty, ptosis surgery) |
| | ⊃ *CPT Assistant* Nov 99:6; *CPT Changes: An Insider's View* 2000 |
| 00104 | Anesthesia for electroconvulsive therapy |
| 00120 | Anesthesia for procedures on external, middle, and inner ear including biopsy; not otherwise specified |
| 00124 | otoscopy |
| | ⊃ *CPT Assistant* Nov 99:7 |
| 00126 | tympanotomy |
| 00140 | Anesthesia for procedures on eye; not otherwise specified |
| 00142 | lens surgery |
| 00144 | corneal transplant |
| 00145 | vitreoretinal surgery |
| | ⊃ *CPT Changes: An Insider's View* 2001 |
| 00147 | iridectomy |
| 00148 | ophthalmoscopy |
| 00160 | Anesthesia for procedures on nose and accessory sinuses; not otherwise specified |
| 00162 | radical surgery |
| 00164 | biopsy, soft tissue |
| 00170 | Anesthesia for intraoral procedures including biopsy; not otherwise specified |
| 00172 | repair of cleft palate |
| 00174 | excision of retropharyngeal tumor |
| 00176 | radical surgery |
| 00190 | Anesthesia for procedures on facial bones or skull; not otherwise specified |
| | ⊃ *CPT Changes: An Insider's View* 2001 |
| 00192 | radical surgery (including prognathism) |
| 00210 | Anesthesia for intracranial procedures; not otherwise specified |
| 00211 | craniotomy or craniectomy for evacuation of hematoma |
| | ⊃ *CPT Changes: An Insider's View* 2009 |
| 00212 | subdural taps |

| | |
|---|---|
| 00214 | burr holes, including ventriculography |
| | ⊃ *CPT Assistant* Nov 99:7; *CPT Changes: An Insider's View* 2000 |
| 00215 | cranioplasty or elevation of depressed skull fracture, extradural (simple or compound) |
| | ⊃ *CPT Changes: An Insider's View* 2001 |
| 00216 | vascular procedures |
| 00218 | procedures in sitting position |
| 00220 | cerebrospinal fluid shunting procedures |
| 00222 | electrocoagulation of intracranial nerve |

## Neck

| | |
|---|---|
| 00300 | Anesthesia for all procedures on the integumentary system, muscles and nerves of head, neck, and posterior trunk, not otherwise specified |
| | ⊃ *CPT Assistant* Nov 99:7, Mar 06:15 |
| 00320 | Anesthesia for all procedures on esophagus, thyroid, larynx, trachea and lymphatic system of neck; not otherwise specified, age 1 year or older |
| | ⊃ *CPT Changes: An Insider's View* 2003 |
| 00322 | needle biopsy of thyroid |
| | (For procedures on cervical spine and cord, see 00600 00604 00670) |
| 00326 | Anesthesia for all procedures on the larynx and trachea in children younger than 1 year of age |
| | ⊃ *CPT Changes: An Insider's View* 2003 |
| | (Do not report 00326 in conjunction with 99100) |
| 00350 | Anesthesia for procedures on major vessels of neck; not otherwise specified |
| 00352 | simple ligation |
| | ⊃ *CPT Assistant* Nov 07:8 |
| | (For arteriography use 01916) |

## Thorax (Chest Wall and Shoulder Girdle)

| | |
|---|---|
| 00400 | Anesthesia for procedures on the integumentary system on the extremities, anterior trunk and perineum; not otherwise specified |
| | ⊃ *CPT Assistant* Mar 06:15  Nov 07:8 |
| 00402 | reconstructive procedures on breast (eg reduction or augmentation mammoplasty, muscle flaps) |
| 00404 | radical or modified radical procedures on breast |

| | |
|---|---|
| 00406 | radical or modified radical procedures on breast with internal mammary node dissection |
| 00410 | electrical conversion of arrhythmias |
| 00450 | Anesthesia for procedures on clavicle and scapula; not otherwise specified |
| 00452 | radical surgery |
| 00454 | biopsy of clavicle |
| 00470 | Anesthesia for partial rib resection; not otherwise specified |
| 00472 | thoracoplasty (any type) |
| 00474 | radical procedures (eg. pectus excavatum)<br>⮕ *CPT Assistant Nov 07:8* |

# Intrathoracic

| | |
|---|---|
| 00500 | Anesthesia for all procedures on esophagus<br>⮕ *CPT Assistant Mar 06:15  Nov 07:8* |
| 00520 | Anesthesia for closed chest procedures; (including bronchoscopy) not otherwise specified<br>⮕ *CPT Assistant Nov 99:7; CPT Changes  An Insider's View 2000* |
| 00522 | needle biopsy of pleura |
| 00524 | pneumocentesis |
| 00528 | mediastinoscopy and diagnostic thoracoscopy not utilizing 1 lung ventilation<br>⮕ *CPT Assistant Nov 99:7; CPT Changes  An Insider's View 2000  2003  2004* |
| | (For tracheobronchial reconstruction  use 00539) |
| 00529 | mediastinoscopy and diagnostic thoracoscopy utilizing 1 lung ventilation<br>⮕ *CPT Assistant Jun 04:3; CPT Changes  An Insider's View 2004* |
| 00530 | Anesthesia for permanent transvenous pacemaker insertion<br>⮕ *CPT Changes  An Insider's View 2001* |
| 00532 | Anesthesia for access to central venous circulation |
| 00534 | Anesthesia for transvenous insertion or replacement of pacing cardioverter-defibrillator<br>⮕ *CPT Changes  An Insider's View 2001* |
| | (For transthoracic approach  use 00560) |
| 00537 | Anesthesia for cardiac electrophysiologic procedures including radiofrequency ablation<br>⮕ *CPT Changes  An Insider's View 2001* |
| 00539 | Anesthesia for tracheobronchial reconstruction<br>⮕ *CPT Changes  An Insider's View 2003* |
| 00540 | Anesthesia for thoracotomy procedures involving lungs pleura  diaphragm  and mediastinum (including surgical thoracoscopy); not otherwise specified |

| | |
|---|---|
| 00541 | utilizing 1 lung ventilation<br>⮕ *CPT Changes  An Insider's View 2003* |
| | (For thoracic spine and cord anesthesia procedures via an anterior transthoracic approach  see 00625-00626) |
| 00542 | decortication |
| 00546 | pulmonary resection with thoracoplasty |
| 00548 | intrathoracic procedures on the trachea and bronchi<br>⮕ *CPT Assistant Nov 97:10* |
| 00550 | Anesthesia for sternal debridement<br>⮕ *CPT Changes  An Insider's View 2001* |
| 00560 | Anesthesia for procedures on heart  pericardial sac  and great vessels of chest; without pump oxygenator<br>⮕ *CPT Changes  An Insider's View 2002* |
| 00561 | with pump oxygenator  younger than 1 year of age<br>⮕ *CPT Changes  An Insider's View 2006* |
| | [Do not report 00561 in conjunction with 99100  99116 and 99135] |
| 00562 | with pump oxygenator  age 1 year or older  for all non-coronary bypass procedures (eg. valve procedures) or for re-operation for coronary bypass more than 1 month after original operation<br>⮕ *CPT Changes  An Insider's View 2006* |
| 00563 | with pump oxygenator with hypothermic circulatory arrest<br>⮕ *CPT Changes  An Insider's View 2001* |
| 00566 | Anesthesia for direct coronary artery bypass grafting; without pump oxygenator<br>⮕ *CPT Changes  An Insider's View 2001  2009* |
| 00567 | with pump oxygenator<br>⮕ *CPT Changes  An Insider's View 2009* |
| 00580 | Anesthesia for heart transplant or heart/lung transplant<br>⮕ *CPT Assistant Nov 07:8* |

# Spine and Spinal Cord

| | |
|---|---|
| 00600 | Anesthesia for procedures on cervical spine and cord; not otherwise specified<br>⮕ *CPT Assistant Mar 06:15  May 07:9  Nov 07:8* |
| | (For percutaneous image-guided spine and spinal cord anesthesia procedures  see 01935  01936) |
| 00604 | procedures with patient in the sitting position<br>⮕ *CPT Changes  An Insider's View 2001* |
| 00620 | Anesthesia for procedures on thoracic spine and cord; not otherwise specified<br>⮕ *CPT Assistant Mar 07:9* |
| 00622 | thoracolumbar sympathectomy<br>⮕ *CPT Assistant Mar 07:9* |
| 00625 | Anesthesia for procedures on the thoracic spine and cord via an anterior transthoracic approach; not utilizing 1 lung ventilation<br>⮕ *CPT Assistant Mar 07:9  CPT Changes  An Insider's View 2007* |

---

▲ =Revised code   ●=New  code   ▶◀=Contains new or revised text   ⊘ =Modifier 51 exempt     

00626    utilizing 1 lung ventilation
> CPT Assistant Mar 07:9; CPT Changes An Insider's View 2007

(For anesthesia for thoracotomy procedures other than spinal, see 00540-00541)

00630    Anesthesia for procedures in lumbar region; not otherwise specified

00632    lumbar sympathectomy

00634    chemonucleolysis

00635    diagnostic or therapeutic lumbar puncture
> CPT Changes. An Insider's View 2001

00640    Anesthesia for manipulation of the spine or for closed procedures on the cervical thoracic or lumbar spine
> CPT Changes. An Insider's View 2003

00670    Anesthesia for extensive spine and spinal cord procedures (eg spinal instrumentation or vascular procedures)
> CPT Assistant Nov 07:8; CPT Changes An Insider's View 2001

## Upper Abdomen

00700    Anesthesia for procedures on upper anterior abdominal wall; not otherwise specified
> CPT Assistant Mar 06:15 Nov 07:8

00702    percutaneous liver biopsy

00730    Anesthesia for procedures on upper posterior abdominal wall

00740    Anesthesia for upper gastrointestinal endoscopic procedures endoscope introduced proximal to duodenum
> CPT Assistant Nov 99:7; CPT Changes An Insider's View 2000

00750    Anesthesia for hernia repairs in upper abdomen; not otherwise specified

00752    lumbar and ventral (incisional) hernias and/or wound dehiscence

00754    omphalocele

00756    transabdominal repair of diaphragmatic hernia

00770    Anesthesia for all procedures on major abdominal blood vessels

00790    Anesthesia for intraperitoneal procedures in upper abdomen including laparoscopy; not otherwise specified

00792    partial hepatectomy or management of liver hemorrhage (excluding liver biopsy)
> CPT Changes An Insider's View 2001

00794    pancreatectomy partial or total (eg Whipple procedure)

00796    liver transplant (recipient)

(For harvesting of liver use 01990)

00797    gastric restrictive procedure for morbid obesity
> CPT Assistant Nov 07:8; CPT Changes. An Insider's View 2002

## Lower Abdomen

00800    Anesthesia for procedures on lower anterior abdominal wall; not otherwise specified
> CPT Assistant Mar 06:15 Nov 07:8

00802    panniculectomy

00810    Anesthesia for lower intestinal endoscopic procedures endoscope introduced distal to duodenum
> CPT Assistant Nov 99:7; CPT Changes An Insider's View 2000

00820    Anesthesia for procedures on lower posterior abdominal wall

00830    Anesthesia for hernia repairs in lower abdomen; not otherwise specified

00832    ventral and incisional hernias

(For hernia repairs in the infant 1 year of age or younger see 00834 00836)

00834    Anesthesia for hernia repairs in the lower abdomen not otherwise specified younger than 1 year of age
> CPT Changes An Insider's View 2003

(Do not report 00834 in conjunction with 99100)

00836    Anesthesia for hernia repairs in the lower abdomen not otherwise specified infants younger than 37 weeks gestational age at birth and younger than 50 weeks gestational age at time of surgery
> CPT Changes An Insider's View 2003

(Do not report 00836 in conjunction with 99100)

00840    Anesthesia for intraperitoneal procedures in lower abdomen including laparoscopy; not otherwise specified

00842    amniocentesis

00844    abdominoperineal resection

00846    radical hysterectomy

00848    pelvic exenteration

00851    tubal ligation/transection
> CPT Changes An Insider's View 2002

00860    Anesthesia for extraperitoneal procedures in lower abdomen including urinary tract; not otherwise specified

00862    renal procedures including upper one-third of ureter or donor nephrectomy

00864    total cystectomy

00865    radical prostatectomy (suprapubic retropubic)

00866    adrenalectomy

00868    renal transplant (recipient)

(For donor nephrectomy use 00862)

(For harvesting kidney from brain-dead patient use 01990)

00870    cystolithotomy

00872    Anesthesia for lithotripsy, extracorporeal shock wave; with water bath

00873    without water bath

00880    Anesthesia for procedures on major lower abdominal vessels; not otherwise specified

00882    inferior vena cava ligation

# Perineum

(For perineal procedures on integumentary system, muscles and nerves see 00300 00400)

00902    Anesthesia for; anorectal procedure
⮩ *CPT Assistant* Mar 06:15; *CPT Changes An Insider's View* 2001

00904    radical perineal procedure

00906    vulvectomy

00908    perineal prostatectomy

00910    Anesthesia for transurethral procedures (including urethrocystoscopy); not otherwise specified

00912    transurethral resection of bladder tumor(s)

00914    transurethral resection of prostate

00916    post-transurethral resection bleeding

00918    with fragmentation manipulation and/or removal of ureteral calculus
⮩ *CPT Assistant* Nov 99:8 Apr 09:8; *CPT Changes An Insider's View* 2000

00920    Anesthesia for procedures on male genitalia (including open urethral procedures); not otherwise specified
⮩ *CPT Changes An Insider's View* 2001

00921    vasectomy unilateral or bilateral
⮩ *CPT Changes An Insider's View* 2003

00922    seminal vesicles

00924    undescended testis unilateral or bilateral

00926    radical orchiectomy inguinal

00928    radical orchiectomy abdominal

00930    orchiopexy, unilateral or bilateral

00932    complete amputation of penis

00934    radical amputation of penis with bilateral inguinal lymphadenectomy

00936    radical amputation of penis with bilateral inguinal and iliac lymphadenectomy

00938    insertion of penile prosthesis (perineal approach)

00940    Anesthesia for vaginal procedures (including biopsy of labia vagina, cervix or endometrium); not otherwise specified

00942    colpotomy, vaginectomy colporrhaphy, and open urethral procedures
⮩ *CPT Changes An Insider's View* 2001 2002

00944    vaginal hysterectomy

00948    cervical cerclage

00950    culdoscopy

00952    hysteroscopy and/or hysterosalpingography
⮩ *CPT Assistant* Nov 99:8; *CPT Changes An Insider's View* 2000

# Pelvis (Except Hip)

01112    Anesthesia for bone marrow aspiration and/or biopsy, anterior or posterior iliac crest
⮩ *CPT Assistant* Mar 06:15; *CPT Changes An Insider's View* 2001

01120    Anesthesia for procedures on bony pelvis

01130    Anesthesia for body cast application or revision

01140    Anesthesia for interpelviabdominal (hindquarter) amputation

01150    Anesthesia for radical procedures for tumor of pelvis except hindquarter amputation

01160    Anesthesia for closed procedures involving symphysis pubis or sacroiliac joint

01170    Anesthesia for open procedures involving symphysis pubis or sacroiliac joint

01173    Anesthesia for open repair of fracture disruption of pelvis or column fracture involving acetabulum
⮩ *CPT Assistant* Jun 04:3-4; *CPT Changes An Insider's View* 2004

01180    Anesthesia for obturator neurectomy; extrapelvic

01190    intrapelvic
⮩ *CPT Assistant* Nov 07:8

# Upper Leg (Except Knee)

01200    Anesthesia for all closed procedures involving hip joint
⮩ *CPT Assistant* Mar 06:15 Nov 07:8

01202    Anesthesia for arthroscopic procedures of hip joint

01210    Anesthesia for open procedures involving hip joint; not otherwise specified

01212    hip disarticulation

01214    total hip arthroplasty
⮩ *CPT Changes An Insider's View* 2001 2002

01215    revision of total hip arthroplasty
⮩ *CPT Changes An Insider's View* 2001 2002

01220    Anesthesia for all closed procedures involving upper two-thirds of femur

---

**01230**   Anesthesia for open procedures involving upper two-thirds of femur; not otherwise specified

**01232**   amputation

**01234**   radical resection

**01250**   Anesthesia for all procedures on nerves. muscles tendons. fascia. and bursae of upper leg

**01260**   Anesthesia for all procedures involving veins of upper leg including exploration

**01270**   Anesthesia for procedures involving arteries of upper leg, including bypass graft; not otherwise specified

**01272**   femoral artery ligation

**01274**   femoral artery embolectomy
> *CPT Assistant* Nov 07:8

# Knee and Popliteal Area

**01320**   Anesthesia for all procedures on nerves. muscles tendons. fascia. and bursae of knee and/or popliteal area
> *CPT Assistant* Mar 06:15  Nov 07:8

**01340**   Anesthesia for all closed procedures on lower one-third of femur

**01360**   Anesthesia for all open procedures on lower one-third of femur

**01380**   Anesthesia for all closed procedures on knee joint

**01382**   Anesthesia for diagnostic arthroscopic procedures of knee joint
> *CPT Changes  An Insider's View* 2003

**01390**   Anesthesia for all closed procedures on upper ends of tibia  fibula. and/or patella

**01392**   Anesthesia for all open procedures on upper ends of tibia  fibula  and/or patella

**01400**   Anesthesia for open or surgical arthroscopic procedures on knee joint; not otherwise specified
> *CPT Changes  An Insider's View* 2003

**01402**   total knee arthroplasty
> *CPT Changes  An Insider's View* 2002

**01404**   disarticulation at knee

**01420**   Anesthesia for all cast applications. removal  or repair involving knee joint

**01430**   Anesthesia for procedures on veins of knee and popliteal area; not otherwise specified

**01432**   arteriovenous fistula

**01440**   Anesthesia for procedures on arteries of knee and popliteal area; not otherwise specified

**01442**   popliteal thromboendarterectomy  with or without patch graft

**01444**   popliteal excision and graft or repair for occlusion or aneurysm
> *CPT Assistant* Nov 07 8

# Lower Leg (Below Knee, Includes Ankle and Foot)

**01462**   Anesthesia for all closed procedures on lower leg  ankle and foot
> *CPT Assistant* Mar 06:15  Nov 07:8

**01464**   Anesthesia for arthroscopic procedures of ankle and/or foot
> *CPT Changes: An Insider's View* 2003

**01470**   Anesthesia for procedures on nerves. muscles, tendons. and fascia of lower leg. ankle  and foot; not otherwise specified

**01472**   repair of ruptured Achilles tendon. with or without graft

**01474**   gastrocnemius recession (eg  Strayer procedure)

**01480**   Anesthesia for open procedures on bones of lower leg  ankle  and foot; not otherwise specified

**01482**   radical resection (including below knee amputation)
> *CPT Changes, An Insider's View* 2001

**01484**   ostectomy or osteoplasty of tibia and/or fibula

**01486**   total ankle replacement

**01490**   Anesthesia for lower leg cast application  removal. or repair

**01500**   Anesthesia for procedures on arteries of lower leg including bypass graft; not otherwise specified

**01502**   embolectomy  direct or with catheter

**01520**   Anesthesia for procedures on veins of lower leg; not otherwise specified

**01522**   venous thrombectomy  direct or with catheter
> *CPT Assistant* Nov 07:8

# Shoulder and Axilla

Includes humeral head and neck, sternoclavicular joint, acromioclavicular joint, and shoulder joint.

**01610**   Anesthesia for all procedures on nerves  muscles tendons. fascia  and bursae of shoulder and axilla
> *CPT Assistant* Mar 06:15  Nov 07:8

**01620**   Anesthesia for all closed procedures on humeral head and neck. sternoclavicular joint  acromioclavicular joint and shoulder joint

**01622**   Anesthesia for diagnostic arthroscopic procedures of shoulder joint
> *CPT Changes  An Insider's View* 2003

**01630**   Anesthesia for open or surgical arthroscopic procedures on humeral head and neck  sternoclavicular joint  acromioclavicular joint  and shoulder joint; not otherwise specified
> *CPT Changes  An Insider's View* 2003

(01632 has been deleted  To report  see 01630  01638)

| 01634 | shoulder disarticulation |
| 01636 | interthoracoscapular (forequarter) amputation |
| 01638 | total shoulder replacement |
| 01650 | Anesthesia for procedures on arteries of shoulder and axilla; not otherwise specified |
| 01652 | axillary-brachial aneurysm |
| 01654 | bypass graft |
| 01656 | axillary-femoral bypass graft |
| 01670 | Anesthesia for all procedures on veins of shoulder and axilla |
| 01680 | Anesthesia for shoulder cast application removal or repair; not otherwise specified |
| 01682 | shoulder spica |

➲ *CPT Assistant Nov 07:8*

## Upper Arm and Elbow

| 01710 | Anesthesia for procedures on nerves muscles tendons fascia and bursae of upper arm and elbow; not otherwise specified |

➲ *CPT Assistant Mar 06:15 Nov 07:8*

| 01712 | tenotomy, elbow to shoulder open |
| 01714 | tenoplasty elbow to shoulder |
| 01716 | tenodesis rupture of long tendon of biceps |
| 01730 | Anesthesia for all closed procedures on humerus and elbow |
| 01732 | Anesthesia for diagnostic arthroscopic procedures of elbow joint |

➲ *CPT Changes An Insider's View 2003*

| 01740 | Anesthesia for open or surgical arthroscopic procedures of the elbow; not otherwise specified |

➲ *CPT Changes An Insider's View 2003*

| 01742 | osteotomy of humerus |
| 01744 | repair of nonunion or malunion of humerus |
| 01756 | radical procedures |
| 01758 | excision of cyst or tumor of humerus |
| 01760 | total elbow replacement |
| 01770 | Anesthesia for procedures on arteries of upper arm and elbow; not otherwise specified |
| 01772 | embolectomy |
| 01780 | Anesthesia for procedures on veins of upper arm and elbow; not otherwise specified |
| 01782 | phleborrhaphy |

➲ *CPT Assistant Nov 07:8*

## Forearm, Wrist, and Hand

| 01810 | Anesthesia for all procedures on nerves muscles, tendons, fascia and bursae of forearm wrist and hand |

➲ *CPT Assistant Mar 06:15 Nov 07:8*

| 01820 | Anesthesia for all closed procedures on radius ulna wrist or hand bones |
| 01829 | Anesthesia for diagnostic arthroscopic procedures on the wrist |

➲ *CPT Changes An Insider's View 2003*

| 01830 | Anesthesia for open or surgical arthroscopic/endoscopic procedures on distal radius, distal ulna wrist or hand joints; not otherwise specified |

➲ *CPT Changes An Insider's View 2003*

| 01832 | total wrist replacement |
| 01840 | Anesthesia for procedures on arteries of forearm wrist and hand; not otherwise specified |
| 01842 | embolectomy |
| 01844 | Anesthesia for vascular shunt, or shunt revision, any type (eg dialysis) |
| 01850 | Anesthesia for procedures on veins of forearm wrist and hand; not otherwise specified |
| 01852 | phleborrhaphy |
| 01860 | Anesthesia for forearm wrist, or hand cast application removal, or repair |

➲ *CPT Assistant Nov 07:8*

## Radiological Procedures

| 01916 | Anesthesia for diagnostic arteriography/venography |

➲ *CPT Assistant Nov 07:8; CPT Changes An Insider's View 2002*

(Do not report 01916 in conjunction with therapeutic codes 01924-01926 01930-01933)

| 01920 | Anesthesia for cardiac catheterization including coronary angiography and ventriculography (not to include Swan-Ganz catheter) |
| 01922 | Anesthesia for non-invasive imaging or radiation therapy |
| 01924 | Anesthesia for therapeutic interventional radiological procedures involving the arterial system; not otherwise specified |

➲ *CPT Changes An Insider's View 2002*

| 01925 | carotid or coronary |

➲ *CPT Changes An Insider's View 2002*

| 01926 | intracranial intracardiac or aortic |

➲ *CPT Changes An Insider's View 2002*

| 01930 | Anesthesia for therapeutic interventional radiological procedures involving the venous/lymphatic system (not to include access to the central circulation); not otherwise specified |

➲ *CPT Changes An Insider's View 2002*

CPT 2011

01931—01999  Anesthesia / Burn Excisions or Debridement

01931  intrahepatic or portal circulation (eg, transvenous intrahepatic portosystemic shunt[s] [TIPS])
  ➡ CPT Assistant Apr 08:3; CPT Changes: An Insider's View 2002 2008

01932  intrathoracic or jugular
  ➡ CPT Changes: An Insider's View 2002

01933  intracranial
  ➡ CPT Changes: An Insider's View 2002

01935  Anesthesia for percutaneous image guided procedures on the spine and spinal cord; diagnostic
  ➡ CPT Assistant Apr 08:3; CPT Changes: An Insider's View 2008

01936  therapeutic
  ➡ CPT Assistant Apr 08:3; CPT Changes: An Insider's View 2008

# Burn Excisions or Debridement

01951  Anesthesia for second- and third-degree burn excision or debridement with or without skin grafting, any site, for total body surface area (TBSA) treated during anesthesia and surgery; less than 4% total body surface area
  ➡ CPT Assistant Mar 06:15; CPT Changes: An Insider's View 2001 2002

01952  between 4% and 9% of total body surface area
  ➡ CPT Changes: An Insider's View 2001 2002

+ 01953  each additional 9% total body surface area or part thereof (List separately in addition to code for primary procedure)
  ➡ CPT Changes: An Insider's View 2001

  (Use 01953 in conjunction with 01952)

# Obstetric

01958  Anesthesia for external cephalic version procedure
  ➡ CPT Assistant Jun 04:5-6; CPT Changes: An Insider's View 2004

01960  Anesthesia for vaginal delivery only
  ➡ CPT Assistant Dec 01:3; CPT Changes: An Insider's View 2002

01961  Anesthesia for cesarean delivery only
  ➡ CPT Changes: An Insider's View 2002 2003

01962  Anesthesia for urgent hysterectomy following delivery
  ➡ CPT Changes: An Insider's View 2002 2003

01963  Anesthesia for cesarean hysterectomy without any labor analgesia/anesthesia care
  ➡ CPT Changes: An Insider's View 2002 2003

01965  Anesthesia for incomplete or missed abortion procedures
  ➡ CPT Changes: An Insider's View 2006

01966  Anesthesia for induced abortion procedures
  ➡ CPT Changes: An Insider's View 2006

01967  Neuraxial labor analgesia/anesthesia for planned vaginal delivery (this includes any repeat subarachnoid needle placement and drug injection and/or any necessary replacement of an epidural catheter during labor)
  ➡ CPT Assistant Dec 01:3; CPT Changes: An Insider's View 2002

+ 01968  Anesthesia for cesarean delivery following neuraxial labor analgesia/anesthesia (List separately in addition to code for primary procedure performed)
  ➡ CPT Assistant Dec 01:3; CPT Changes: An Insider's View 2002 2003

  (Use 01968 in conjunction with 01967)

+ 01969  Anesthesia for cesarean hysterectomy following neuraxial labor analgesia/anesthesia (List separately in addition to code for primary procedure performed)
  ➡ CPT Assistant Dec 01:3; CPT Changes: An Insider's View 2002 2003

  (Use 01969 in conjunction with 01967)

# Other Procedures

01990  Physiological support for harvesting of organ(s) from brain-dead patient
  ➡ CPT Assistant Mar 06:15 Nov 07:8

01991  Anesthesia for diagnostic or therapeutic nerve blocks and injections (when block or injection is performed by a different provider); other than the prone position
  ➡ CPT Changes: An Insider's View 2003

01992  prone position
  ➡ CPT Changes: An Insider's View 2003

  (Do not report 01991 or 01992 in conjunction with 99143-99150)

  (When regional intravenous administration of local anesthetic agent or other medication in the upper or lower extremity is used as the anesthetic for a surgical procedure, report the appropriate anesthesia code. To report a Bier block for pain management. use 64999)

  (For intra-arterial or intravenous therapy for pain management. see 96373 96374)

01996  Daily hospital management of epidural or subarachnoid continuous drug administration
  ➡ CPT Assistant Feb 97:5 Nov 97:10 May 99:6; CPT Changes: An Insider's View 2003

  (Report code 01996 for daily hospital management of continuous epidural or subarachnoid drug administration performed after insertion of an epidural or subarachnoid catheter)

01999  Unlisted anesthesia procedure(s)
  ➡ CPT Assistant Feb 97:4 Feb 06:9 Mar 06:15 Jan 07:30 Nov 07:8

# EXHIBIT 5

# RE: regarding our conversation today

From: **Letty Perez** (lettyperez0@hotmail.com) You moved this message to its current location.

Sent: Fri 11/20/09 3:57 PM

To: mrotondaroprime@aol.com

Cc: jdvictor@hotmail.com (jdvictor@hotmail.com); roccoungaro@hotmail.com

    4 attachments

    Anesthesia fees for all carriers 08-01-09(1).xls (46.5 KB) , anesthesiology base units per procedure code 2009 version (1).xlsm (18.0 KB) , DME code listing with description (1).csv.xls (287.5 KB) , HCPCS codes 2008-2009(1).xls (2.4 MB)

As per our conversation, please find files attached.

Regards,


*Letty Pérez*

Interpreter / Translator
English & Spanish


To: lettyperez0@hotmail.com
Subject: regarding our conversation today
Date: Thu, 19 Nov 2009 15:33:48 -0500
From: mrotondaroprime@aol com

Hi Letty,

Thank you for taking some time and talking to me today. I really appreciate your help. If you could forward those two list I would appreciate that. One list regarding the J codes and the other was the price per unit for anesthesia.

Thanks again,

Michael Rotondaro

Sheet1

| CODE | 2009 | 00520 | 6 | 00820 | 5 | 01150 | 10 | 01620 | 4 | 01936 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | BASE | 00522 | 4 | 00830 | 4 | 01160 | 4 | 01622 | 4 | 01951 | 3 |
|  | UNIT | 00524 | 4 | 00832 | 6 | 01170 | 8 | 01630 | 5 | 01952 | 5 |
| 00100 | 5 | 00528 | 8 | 00834 | 5 | 01173 | 12 | 01632 | 6 | 01953 | 1 |
| 00102 | 6 | 00529 | 11 | 00836 | 6 | 01180 | 3 | 01634 | 9 | 01958 | 5 |
| 00103 | 5 | 00530 | 4 | 00840 | 6 | 01190 | 4 | 01636 | 15 | 01960 | 5 |
| 00104 | 4 | 00532 | 4 | 00842 | 4 | 01200 | 4 | 01638 | 10 | 01961 | 7 |
| 00120 | 5 | 00534 | 7 | 00844 | 7 | 01202 | 4 | 01650 | 6 | 01962 | 8 |
| 00124 | 4 | 00537 | 7 | 00846 | 8 | 01210 | 6 | 01652 | 10 | 01963 | 8 |
| 00126 | 4 | 00539 | 18 | 00848 | 8 | 01212 | 10 | 01654 | 8 | 01964 | 4 |
| 00140 | 5 | 00540 | 12 | 00851 | 6 | 01214 | 8 | 01656 | 10 | 01965 | 4 |
| 00142 | 4 | 00542 | 15 | 00860 | 6 | 01215 | 10 | 01670 | 4 | 01966 | 4 |
| 00144 | 6 | 00541 | 15 | 00862 | 7 | 01220 | 4 | 01680 | 3 | 01967 | 5 |
| 00145 | 6 | 00546 | 15 | 00864 | 8 | 01230 | 6 | 01682 | 4 | 01968 | 2 |
| 00147 | 4 | 00548 | 17 | 00865 | 7 | 01232 | 5 | 01710 | 3 | 01969 | 5 |
| 00148 | 4 | 00550 | 10 | 00866 | 10 | 01234 | 8 | 01712 | 5 | 01990 | 7 |
| 00160 | 5 | 00560 | 15 | 00868 | 10 | 01250 | 4 | 01714 | 5 | 01991 | 3 |
| 00162 | 7 | 00561 | 25 | 00870 | 5 | 01260 | 3 | 01716 | 5 | 01992 | 5 |
| 00164 | 4 | 00562 | 20 | 00872 | 8 | 01270 | 8 | 01730 | 3 | 01995 | 5 |
| 00170 | 5 | 00563 | 25 | 00873 | 5 | 01272 | 4 | 01732 | 3 | 01996 | 3 |
| 00172 | 6 | 00566 | 25 | 00880 | 15 | 01274 | 6 | 01740 | 4 | 01999 | 0 |
| 00174 | 6 | 00567 | 18 | 00882 | 10 | 01320 | 4 | 01742 | 5 |  |  |
| 00176 | 7 | 00580 | 20 | 00902 | 5 | 01340 | 4 | 01744 | 5 |  |  |
| 00190 | 5 | 00600 | 10 | 00904 | 7 | 01360 | 5 | 01756 | 6 |  |  |
| 00192 | 7 | 00604 | 13 | 00906 | 4 | 01380 | 3 | 01758 | 5 |  |  |
| 00210 | 11 | 00620 | 10 | 00908 | 6 | 01382 | 3 | 01760 | 7 |  |  |
| 00211 | 10 | 00622 | 13 | 00910 | 3 | 01390 | 3 | 01770 | 6 |  |  |
| 00212 | 5 | 00625 | 13 | 00912 | 5 | 01392 | 4 | 01772 | 6 |  |  |
| 00214 | 9 | 00626 | 15 | 00914 | 5 | 01400 | 4 | 01780 | 3 |  |  |
| 00215 | 9 | 00630 | 8 | 00916 | 5 | 01402 | 7 | 01782 | 4 |  |  |
| 00216 | 15 | 00632 | 7 | 00918 | 5 | 01404 | 5 | 01810 | 3 |  |  |
| 00218 | 13 | 00634 | 10 | 00920 | 3 | 01420 | 3 | 01820 | 3 |  |  |
| 00220 | 10 | 00635 | 4 | 00921 | 3 | 01430 | 3 | 01829 | 3 |  |  |
| 00222 | 6 | 00640 | 3 | 00922 | 6 | 01432 | 6 | 01830 | 3 |  |  |
| 00300 | 5 | 00670 | 13 | 00924 | 4 | 01440 | 8 | 01832 | 6 |  |  |
| 00320 | 6 | 00700 | 4 | 00926 | 4 | 01442 | 8 | 01840 | 6 |  |  |
| 00322 | 3 | 00702 | 4 | 00928 | 6 | 01444 | 8 | 01842 | 6 |  |  |
| 00326 | 7 | 00730 | 5 | 00930 | 4 | 01462 | 3 | 01844 | 6 |  |  |
| 00350 | 10 | 00740 | 5 | 00932 | 4 | 01464 | 3 | 01850 | 3 |  |  |
| 00352 | 5 | 00750 | 4 | 00934 | 4 | 01470 | 3 | 01852 | 4 |  |  |
| 00400 | 3 | 00752 | 6 | 00936 | 8 | 01472 | 5 | 01860 | 3 |  |  |
| 00402 | 5 | 00754 | 7 | 00938 | 4 | 01474 | 5 | 01916 | 5 |  |  |
| 00404 | 5 | 00756 | 7 | 00940 | 3 | 01480 | 3 | 01920 | 7 |  |  |
| 00406 | 13 | 00770 | 15 | 00942 | 4 | 01482 | 4 | 01922 | 7 |  |  |
| 00410 | 4 | 00790 | 7 | 00944 | 6 | 01484 | 4 | 01924 | 5 |  |  |
| 00450 | 5 | 00792 | 13 | 00948 | 4 | 01486 | 7 | 01925 | 7 |  |  |
| 00452 | 6 | 00794 | 8 | 00950 | 5 | 01490 | 3 | 01926 | 8 |  |  |
| 00454 | 3 | 00796 | 30 | 00952 | 4 | 01500 | 8 | 01930 | 5 |  |  |
| 00470 | 6 | 00797 | 11 | 01112 | 5 | 01502 | 6 | 01931 | 7 |  |  |
| 00472 | 10 | 00800 | 4 | 01120 | 6 | 01520 | 3 | 01932 | 6 |  |  |
| 00474 | 13 | 00802 | 5 | 01130 | 3 | 01522 | 5 | 01933 | 7 |  |  |
| 00500 | 15 | 00810 | 5 | 01140 | 15 | 01610 | 5 | 01935 | 5 |  |  |

# EXHIBIT 6

## Billing Face Sheet for Anesthesiology Consultants LLC.

Patient Name    **Patient 3**

Patient Address

Patient Telephone

Insurance Carrier    Cigna     Telephone #2

Insurance ID #    410177857-01

Insurance Tele#

Procedure Date    3/11/11

Procedure Name    Fluroscopy    CPT code   77003-2

Left Sacroiliac Joint Injection   CPT code   27096-20

Under fluoroscopic guidance   CPT code

   CPT code

Anesthesia TIME   13:01   to   1540

Total Procedure Units   33

   = (Base Units _22_ + Time Units _11_ )

Anesthesia Provider   V Gliatte

Special Notes



Left sacroiliac joint injection
under flouroscopic guidance

Patient 3

# Patient 3

## PREANESTHESIA EVALUATION

| | |
|---|---|
| Age | Sex M (F) | Height ~5'5" in / cm | Weight 193# lb / kg |

**Proposed Procedure**

Pre-Procedure Vital Signs
B/P 107/78  P 79  R 20  T

**Previous Anesthesia / Operations**    None ☐

Yes
Dan't Rem'l

**Current Medications**    None ☐

Lamictal
Protonix

**Family History of Anesthesia Complications**    None ☐

**Allergies**    NKDA ☐

ASA

### AIRWAY / TEETH / HEAD & NECK

WNL

**History From:**
☐ Patient    ☐ Significant Other
☐ Parent / Guardian    ☐ Chart
☐ Communication / Language Problems
☐ Poor Historian

| SYSTEM | WNL | COMMENTS | DIAGNOSTIC STUDIES |
|---|---|---|---|
| **RESPIRATORY** | ☐ | Tobacco Use: ☐ Yes ☐ No _____ Packs / Day for _____ Years | EKG |
| Asthma / Productive Cough | | | |
| Bronchitis / Recent URI | | | |
| COPD / SOB | | | |
| Dyspnea / Tuberculosis | | | Chest X-ray |
| Orthopnea | | | |
| Pneumonia | | | |
| **CARDIOVASCULAR** | ☐ | | |
| Abnormal EKG / Hypertension | | | Pulmonary Studies |
| Angina / MI | | | |
| ASHD / Murmur | | | |
| CHF / Pacemaker | | | |
| Dysrhythmia / Rheumatic Fever | | | |
| Exercise Tolerance / Valvular Disease | | | |
| **HEPATO / GASTROINTESTINAL** | ☐ | Ethanol Use: ☐ Yes ☐ No  Frequency _____ | Other |
| Bowel Obstruction | | "Street Drug" Use: ☐ Yes ☐ No  Frequency _____ | |
| Cirrhosis | | | |
| Hepatitis / Jaundice | | | |
| Hiatal hernia / Reflux | | | |
| Nausea & Vomiting | | | |
| Ulcers | | | |
| **NEURO / MUSCULOSKELETAL** | ☐ | Pain Left Hip | **LABORATORY STUDIES** |
| Arthritis / Muscle Weakness | | Sciatica | Hgb / Hct / CBC |
| Back Problems / Neuromuscular Dis. | | | |
| CVA / Stroke / TIAs / Paralysis | | | |
| DJD / Paresthesia | | 0-2005 | |
| Headaches / ↑ ICP / Syncope | | | |
| Loss of Consciousness / Seizures | | | Electrolytes |
| **RENAL / ENDOCRINE** | ☐ | | |
| Diabetes | | | Urinalysis |
| Renal Failure / Dialysis | | | |
| Thyroid Disease | | | |
| Urinary Retention | | | |
| Urinary Tract Infection | | | |
| Weight Loss / Gain | | | |
| **OTHER** | | | Other |
| Anemia / Immunosuppressed | | | |
| Bleeding Tendencies / Pregnancy | | | |
| Cancer / Sickle Cell DIS / Trait | | | |
| Chemotherapy / Recent Steroids | | ⊖ | |
| Dehydration / Transfusion History | | | |
| Hemophilia | | | |

**Problem List / Diagnoses**

**PHYSICAL STATUS**
1
2
3
4
5
E

## POSTANESTHESIA NOTE

Oriented x3, Lips & mouth
cons't done in appropriate
Sedation
Left

Signed _____  Date 3/11/11  Time 15:40

**Planned Anesthesia / Special Monitors**

MAC

**Pre-Anesthesia Medications Ordered**

**Comments**

**Evaluator Signature**

Date 3/11/11
Time

# EXHIBIT 7

**1500**

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

CIGNA HEALTH/SCRANTON
P.O  BOX 182223

CHATANOOGA, TN 37422

| PICA | | | | | | | | PICA |
|---|---|---|---|---|---|---|---|---|
| 1. MEDICARE  MEDICAID  TRICARE CHAMPUS  CHAMPVA  GROUP HEALTH PLAN  FECA BLK LUNG  OTHER | | | | | | | 1a. INSURED'S ID NUMBER  (For Program in Item 1) | |
| (Medicare #) (Medicaid #) (Sponsor's SSN) (Member ID#) (SSN or ID) (SSN) [X] (ID) | | | | | | | U1017785701 | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**Patient 3**

3. PATIENT'S BIRTH DATE

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
**Patient 3**

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)

8. PATIENT STATUS
Single  Married  Other

Employed  Full-Time Student  Part-Time Student

CITY                STATE

ZIP CODE        TELEPHONE (Include Area Code)

TELEPHONE (Include Area Code)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
NONE

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. 

a. INSURED'S DATE OF BIRTH  SEX

b. OTHER INSURED'S DATE OF BIRTH  SEX
MM  DD  YY  M  F

b. 

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. 

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE
03 11 2011

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  _Signature on File_     DATE  08 10 2012

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

| 14. DATE OF CURRENT:  ILLNESS (First symptom) OR  INJURY (Accident) OR  PREGNANCY (LMP) MM DD YY | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM      TO |
|---|---|---|

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
VICTOR, JANICE

17a. 
17b. NPI 1164422705

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM  MM DD YY    TO  MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   YES  NO      $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)

1. | 724 2  LUMBAGO
2. | 729 2  NEURALGIA/NEURI
3. |
4. |

22. MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATES OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES OR SUPPLIES (Explain Unusual Circumstances)  CPT/HCPCS   MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | | | To MM DD YY | | | | | | | | | | | |
| 01:01 PM - 03:40 PM | | | | | | | | | | | | | | |
| 03112011 | | | 03112011 | 11 | | | | 77003 | SU | 12 | 3795 00 | 13 | | NPI 1053646158 |
| 2.0 Base | | | | | | | | Medical Direction | | | 3795 00 | 13 | | |
| 11.0 Time | | | | | | | | | | | | | NPI | |
| 0 Age | | | | | | | | | | | | | | |
| 0 Physical Status | | | | | | | | I certify that the full | | | | | NPI | |
| 13 Total Units | | | | | | | | anethesia service was | | | | | | |
| | | | | | | | | provided by me personally | | | | | NPI | |
| | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER  SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|
| 660717662  [X] | 490183430-1/C1 | [X] YES  NO | $ 3795 00 | $ 3765 00 | $ 0 00 |

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
NTE, LUZ CRNA
08 10 2012
SIGNED        DATE  *1538220488*

32. SERVICE FACILITY LOCATION INFORMATION
VIRGIN ISLANDS PAIN MNG
9150 EST THOMAS #207
ST THOMAS, VI 008022611

33. BILLING PROVIDER INFO & PH #  ( )
ANESTHESIOLOGY CONSULTANTS, L.
P.O. BOX 302094
ST THOMAS, VI 008032094
*1174857197*

NUCC Instruction Manual available at: www.nucc.org

| 1500 |
|---|

**HEALTH INSURANCE CLAIM FORM**
PPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

[ ] PICA

CIGNA HEALTH/SCRANTON
P.O. BOX 182223

CHATANOOGA, TN 37422

| MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | X | U1017785701 |

PICA [ ]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**Patient 3**

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
**Patient 3**

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse [ ]  Child [ ]  Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY ____  STATE ____

8. PATIENT STATUS
Single [ ]  Married [ ]  Other [ ]

Employed [ ]  Full-Time Student [ ]  Part-Time Student [ ]

ZIP CODE ____  TELEPHONE (Include Area Code)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
NONE

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. OTHER INSURED'S DATE OF BIRTH    SEX
MM  DD  YY    M [ ]  F [ ]

c. EMPLOYER'S NAME OR SCHOOL NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:

10d. RESERVED FOR LOCAL USE
03 11 2011

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. INSURED'S DATE OF BIRTH    SEX

b. EMPLOYER'S NAME OR SCHOOL NAME

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES [ ]  NO [X]  If yes, return to and complete item 9 a-d.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED **Signature on File**    Date **08 10 2012**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT:  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)
MM  DD  YY

15. IF PATIENT HAS HAD SIMILAR ILLNESS, GIVE FIRST DATE  MM  DD  YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM ____  TO ____

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
VICTOR,JANICE

17a.
17b. NPI **1164422705**

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM ____  TO ____

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  YES [ ]  NO [ ]    $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (Relate Items 1,2,3 or 4 to Item 24E by Line)
1. |724 2| LUMBAGO
2. |729 2| NEURALGIA/NEURI
3.
4.

22. MEDICAID RESUBMISSION CODE    ORIGINAL REF NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B PLACE OF SERVICE | C EMG | D PROCEDURES, SERVICES, SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E DIAGNOSIS POINTER | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I ID QUAL | J RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 01:01 PM - 03:40 PM | | | | | | | | | |
| 03112011 03112011 | 11 | | 27096  59 | 12 | 4300 00 | 31 | | NPI | 1053646158 |
| 20.0 Base | | | Medical Direction | | 4300.00 | 31 | | | |
| 11.0 Time | | | | | | | | NPI | |
| 0 Age | | | | | | | | | |
| 0Physical Status | | | I certify that the full | | | | | NPI | |
| 31 Total Units | | | anethesia service was | | | | | | |
| | | | provided by me personally | | | | | NPI | |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER    SSN EIN
660717662    [X]

26. PATIENT'S ACCOUNT NO.
490183430-1/CI

27. ACCEPT ASSIGNMENT?
YES [X]  NO [ ]

28. TOTAL CHARGE
$ 4300 00

29. AMOUNT PAID
$ 4052 38

30. BALANCE DUE
$ 0.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
(I certify that the statements on the reverse apply to this bill and are made a part thereof.)
ONTE, LUZ CRNA
08 10 2012

32. SERVICE FACILITY LOCATION INFORMATION
VIRGIN ISLANDS PAIN MNG
9150 EST THOMAS #207
ST THOMAS, VI 008022611
a. 1538220488  b.

33. BILLING PROVIDER INFO & PH #
ANESTHESIOLOGY CONSULTANTS, L
P.O. BOX 302094
ST THOMAS, VI 008032094
a. 1174857197  b.

# EXHIBIT 8

Provider Self-Service - Claim Status                                      Page 1 of 1



CIGNA

| Print | Back |

Claim/Reference Number: 9221107694773    Date Received:    03/17/2011
Member Name:    Patient 3    Date Processed:    03/22/2011
Provider Generated Patient                                                Look up Eligibility and Benefits for
Account Number:                                                           this member
Service Provider(s):    APONTE CRNA/LUZ D    HIPAA Status:    A2:19

| Procedure Code | Date(s) of Service | Amount Charged | Allowed Amount | Amount Not Covered | Deductible / Copay Applied | Covered Balance | Plan Coinsurance Paid | Member Coinsurance | Member Responsibility | Remark Code (s) |
|---|---|---|---|---|---|---|---|---|---|---|
| 77003 SU | 03/09/2011 | $3,580.00 | $3,580.00 | $0.00 | $30.00 | $3,550.00 | 100% =$3,550.00 | 0%=$0.00 | $30.00 | |
| 64483 AA | 03/09/2011 | $1,720.00 | $723.52 | $996.48 | $0.00 | $723.52 | 100% =$723.52 | 0%=$0.00 | $0.00 | 0248 |
| 64445 AA | 03/09/2011 | $1,505.00 | $632.68 | $872.32 | $0.00 | $632.68 | 100% =$632.68 | 0%=$0.00 | $0.00 | 0248 |
| 77003 SU | 03/11/2011 | $3,795.00 | $3,795.00 | $0.00 | $30.00 | $3,765.00 | 100% =$3,765.00 | 0%=$0.00 | $30.00 | |
| 27096 AA | 03/11/2011 | $4,300.00 | $4,052.38 | $247.62 | $0.00 | $4,052.38 | 100% =$4,052.38 | 0%=$0.00 | $0.00 | 0248 |
| **TOTALS** | | $14,900.00 | $12,783.58 | $2,116.42 | $60.00 | $12,723.58 | $12,723.58 | $0.00 | $60.00 | |

This information reflects our data when the claim was processed. It may not reflect the final member coinsurance due to other pending claims processing activities.

| Payment Details | | Explanation of Remark Codes |
|---|---|---|
| Member Responsibility: | $60.00 | 0248 - $996.48, "Thank you for using the CIGNA HealthCare |
| Claim Paid Amount: | $12,723.58 | $872.32    OPEN ACCESS PLUS Network. This represents |
| Check Amount: | $27,435.31 | $247.62    your savings, so you are not required to pay this |
| Payee's Name: | APONTE CRN A/LUZ D | amount. This provider is prohibited from billing |
| Payee's Address: | PO BOX 302094 | the patient for the difference. If you have already |
| | ST THOMAS VI 00803-2094 | paid the full amount, please request |
| Check Number: | 944536025 | reimbursement from your provider. IN or CA |
| Check Status: | Paid | healthcare professionals, for information |
| Check Issued: | 03/22/2011 | regarding the contractual source of your |
| Check Cleared: | 04/04/2011 | discounted rate, please contact CIGNA customer |
| Payment Method: | Check | service department at 1 800 88CIGNA |
| | | (882 4462) |
| Checks that indicate a paid amount greater than the paid amount listed in the details above indicate a bulk payment made to the provider that includes payments for other claims | | |

Have a comment about the website?  Send us your feedback
© 2012 CIGNA
Legal Disclaimers | Link to Our Site | Privacy Information

Provider Self-Service - Claim Status

Page 1 of 1



Printed on August 14, 2012

| Claim/Reference Number: | 9221107694772 | | Date Received: | 03/17/2011 | | | Print | Back |
| Member Name: |  | | Date Processed: | 03/22/2011 | | | | |
| Provider Generated Patient Account Number: | | | | | | Look up Eligibility and Benefits for this member | | |
| Service Provider(s): | VICTOR MD/JANICE D | | HIPAA Status: | A2:19 | | | | |

| Procedure Code | Date(s) of Service | Amount Charged | Allowed Amount | Amount Not Covered | Deductible / Copay Applied | Covered Balance | Plan Coinsurance Paid | Member Coinsurance | Member Responsibility | Remark Code(s) |
|---|---|---|---|---|---|---|---|---|---|---|
| 77003 | 03/09/2011 | $2,500.00 | $205.49 | $2,294.51 | $0.00 | $205.49 | 80%=$164.39 | 20%=$41.10 | $41.10 | 0248 |
| 64483 | 03/09/2011 | $2,800.00 | $723.52 | $2,076.48 | $30.00 | $693.52 | 100% =$693.52 | 0%=$0.00 | $30.00 | 0248 |
| 64445 51 | 03/09/2011 | $685.00 | $316.34 | $368.66 | $0.00 | $316.34 | 100% =$316.34 | 0%=$0.00 | $0.00 | 0248 |
| 77003 | 03/10/2011 | $2,500.00 | $205.49 | $2,294.51 | $0.00 | $205.49 | 80%=$164.39 | 20%=$41.10 | $41.10 | 0248 |
| 62311 | 03/10/2011 | $2,800.00 | $722.44 | $2,077.56 | $30.00 | $692.44 | 100% =$692.44 | 0%=$0.00 | $30.00 | 0248 |
| 77003 | 03/11/2011 | $2,500.00 | $205.49 | $2,294.51 | $0.00 | $205.49 | 80%=$164.39 | 20%=$41.10 | $41.10 | 0248 |
| 27096 | 03/11/2011 | $5,800.00 | $4,052.38 | $1,747.62 | $30.00 | $4,022.38 | 100% =$4,022.38 | 0%=$0.00 | $30.00 | 0248 |
| **TOTALS** | | $19,585.00 | $6,431.15 | $13,153.85 | $90.00 | $6,341.15 | $6,217.85 | | $123.30 | $213.30 |

This information reflects our data when the claim was processed. It may not reflect the final member coinsurance due to other pending claims processing activities.

| Payment Details | | Explanation of Remark Codes | |
|---|---|---|---|
| Member Responsibility: | $213.30 | 0248 - $2,294.51 | "Thank you for using the CIGNA HealthCare OPEN ACCESS PLUS Network. This represents your savings so you are not required to pay this amount. This provider is prohibited from billing the patient for the difference. If you have already paid the full amount, please request reimbursement from your provider. IN or CA healthcare professionals, for information regarding the contractual source of your discounted rate, please contact CIGNA customer service department at 1 800 88CIGNA (882 4462) |
| Claim Paid Amount: | $6,217.85 | $2,076.48 | |
| Check Amount: | $6,217.85 | $368.66, | |
| Payee's Name: | VICTOR MD/ JANICE D | $2,294.51 | |
| Payee's Address | PO BOX 7877 | $2,077.56 | |
| | ST THOMAS, VI 00801-0877 | $2,294.51 | |
| Remittance Tracking Number | 110326090002178 | $1,747.62 | |
| Check Status | Paid | | |
| Check Issued | 03/26/2011 | | |
| Check Cleared: | 03/26/2011 | | |
| Payment Method | EFT | | |

Checks that indicate a paid amount greater than the paid amount listed in the details above indicate a bulk payment made to the provider that includes payments for other claims.

**Remittance Reports**

Showing Results 1 of 1

| Remittance Tracking Number | Tax ID | Payment Date | Deposit Amount | Product Type | # of Pages |
|---|---|---|---|---|---|
| 110326090002178 | 660963966 | 03/30/2011 | $39,784.39 | PPO/OAP | 7 |

To view a report, you may need to download and install Adobe Reader

Have a comment about the website? Send us your feedback
© 2012 CIGNA
Legal Disclaimers | Link to Our Site | Privacy Information

# EXHIBIT 9

```
08/11/12                          STATEMENT
Page: 1
Oper: RU

CONSULTANTS, LLC                          ANESTHESIOLOGY

      IRS#      660717662                 P.O. BOX 302094
008032094                                 ST THOMAS, VI

                                          Tel: 914/358-0249

118625                              Acct: 490183430-1/CI
      Patient 3
                                    Pat:  Patient 3
                                    Tel:

U1017785701                        Insl: CIGNA HEALTH/SCRANTON
```

```
Date     Code    Description                  Qt Diag   Prv Ref AR Plc
Amt      Bal

0.00             Balance up to 02/01/11
02/03/11 77003SU FLUOROSCOPIC GUIDANCE  1  724.2  LA1 JVICCI O
3580.00     0.00
                 08:20 AM - 10:50 AM          729.2
02/03/11 2709659 INJECTION PROCEDURE FO 1  724.2  LA1 JVICCI O
4300.00     0.00
                 08:20 AM - 10:50 AM          729.2
02/03/11 CICK    CIGNA CHECK                  729.2
7602.38
                 CHECK 00944362731
02/03/11 CIWO    CIGNA WRITE OFF
277.62
02/04/11 77003SU FLUOROSCOPIC GUIDANCE  1  724.2  LA1 JVICCI O
3580.00     0.00
                 08:15 AM - 10:37 AM          729.2
02/04/11 6448359 LUMBAR OR SACRAL, SING 1  724.2  LA1 JVICCI O
1720.00     0.00
                 08:15 AM - 10:37 AM          729.2
02/04/11 CICK    CIGNA CHECK                  729.2
4273.52
                 CHECK 00944362731
02/04/11 CIWO    CIGNA WRITE OFF
1026.48
02/07/11 77003SU FLUOROSCOPIC GUIDANCE  1  724.2  LA1 JVICCI O
```

1

```
3365.00       0.00
                        08:20 AM - 10:32 AM          729.2
02/07/11 6449359 INJECTION, DIAGNOSTIC  1  724.2   LA1 JVICCI O
1720.00       0.00
                        08:20 AM - 10:32 AM          729.2
02/07/11 CICK           CIGNA CHECK
693.52
                        CHECK 00944362731
02/07/11 CIWO           CIGNA WRITE OFF
1026.48
02/07/11 GLFE           GLOBAL FEE (INCORPORAT
3365.00
03/09/11 77003SU FLUOROSCOPIC GUIDANCE  1  724.2   LA1 JVICCI O
3580.00       0.00
                        02:01 PM - 04:17 PM
03/09/11 6448359 LUMBAR OR SACRAL, SING 1  724.2   LA1 JVICCI O
1720.00       0.00
                        02:01 PM - 04:17 PM
03/09/11 6444559 INJECTION FOR NERVE BL 1  724.2   LA1 JVICCI O
1505.00       0.00
                        02:01 PM - 04:17 PM
03/09/11 CICK           CIGNA CHECK
4906.20
03/09/11 CIWO           CIGNA WRITE OFF
1898.80
03/11/11 77003SU FLUOROSCOPIC GUIDANCE  1  724.2   LA1 JVICCI O
3795.00       0.00
                        01:01 PM - 03:40 PM          729.2
03/11/11 2709659 INJECTION PROCEDURE FO 1  724.2   LA1 JVICCI O
4300.00       0.00
                        01:01 PM - 03:40 PM          729.2
03/11/11 CICK           CIGNA CHECK
7817.38
03/11/11 CIWO           CIGNA WRITE OFF
277.62
05/10/11 77003SU FLUOROSCOPIC GUIDANCE  1  724.2   LA1 JVICCI O
3795.00       0.00
                        02:42 PM - 05:22 PM          722.2
05/10/11 6448359 LUMBAR OR SACRAL, SING 1  724.2   LA1 JVICCI O
1720.00       0.00
                        02:42 PM - 05:22 PM          722.2
05/10/11 6444559 INJECTION FOR NERVE BL 1  724.2   LA1 JVICCI O
1505.00       0.00
                        02:42 PM - 05:22 PM          722.2
```

08/11/12
Page: 2                          STATEMENT
Oper: RU

CONSULTANTS, LLC                            ANESTHESIOLOGY

                                            P.O. BOX 302094

```
        IRS#        660717662
008032094                                    ST THOMAS, VI

                                             Tel: 914/358-0249

118625  Patient 3                    Acct: 490183430-1/CI

                                     Pat: Patient 3
                                     Tel:

U1017785701                          Ins1: CIGNA HEALTH/SCRANTON
```

```
-----------------------------------------------------------------
----------------
  Date   Code    Description              Qt Diag   Prv Ref AR Plc
  Amt    Bal
-----------------------------------------------------------------
----------------
05/10/11 CICK    CIGNA CHECK
1009.86                                                        -

05/10/11 CIWO    CHECK 00946173375
2215.14          CIGNA WRITE OFF                               -
05/10/11 GLFE    GLOBAL FEE (INCORPORAT
3795.00                                                        -
05/11/11 77003SU^FLUOROSCOPIC GUIDANCE  1  722.2  LA1 JVICCI O
7000.00     0.00
                 02:30 PM - 04:27 PM          724.2
05/11/11 2709659^INJECTION PROCEDURE FO 1  722.2  LA1 JVICCI O
4800.00     0.00
                 02:30 PM - 04:27 PM          724.2
05/11/11 CICK    CIGNA CHECK                  724.2
7172.38                                                        -

05/11/11 CIWO    CHECK 00946173375
277.62           CIGNA WRITE OFF                               -
05/11/11 CICK    CIGNA CHECK
3457.18                                                        -

05/11/11 CIWO    CHECK 00946258332
892.82           CIGNA WRITE OFF                               -
05/12/11 77003SU FLUOROSCOPIC GUIDANCE  1  724.2  LA1 JVICCI O
4225.00     0.00
                 02:23 PM - 05:37 PM          722.2
05/12/11 6231159 LUMBAR, SACRAL (CAUDAL 1  724.2  LA1 JVICCI O
1720.00     0.00
                 02:23 PM - 05:37 PM          722.2
05/12/11 6449359 INJECTION, DIAGNOSTIC  1  724.2  LA1 JVICCI O
1720.00     0.00
                 02:23 PM - 05:37 PM          722.2
05/12/11 CICK    CIGNA CHECK                  722.2
1415.96                                                        -
```

3

```
05/12/11 CIWO      CIGNA WRITE OFF
2024.04
05/12/11 GLFE      GLOBAL FEE (INCORPORAT                         _
4225.00
08/17/11 77003SU FLUOROSCOPIC GUIDANCE  1  724.2  LA1 JVICCI O
3580.00      0.00
             02:40 PM - 05:09 PM          729.2 722.2
08/17/11 2709659 INJECTION PROCEDURE FO 1  724.2  LA1 JVICCI O
4300.00      0.00
             02:40 PM - 05:09 PM          729.2 722.2
08/17/11 CICK      CIGNA CHECK
3406.29
08/17/11 CIWO      CIGNA WRITE OFF                                _
4473.71
08/18/11 77003SU FLUOROSCOPIC GUIDANCE  1  724.2  LA1 JVICCI O
3365.00      0.00
             02:15 PM - 04:25 PM          729.2
08/18/11 6449359 INJECTION, DIAGNOSTIC  1  724.2  LA1 JVICCI O
1720.00      0.00
             02:15 PM - 04:25 PM          729.2
08/18/11 6444559 INJECTION FOR NERVE BL 1  724.2  LA1 JVICCI O
1075.00      0.00
             02:15 PM - 04:25 PM          729.2
08/18/11 CICK      CIGNA CHECK
996.28
             CHECK 00947141079
08/18/11 CIWO      CIGNA WRITE OFF                                _
5163.72

         ----------

$         0.00                         Regular Balance

Previous Total:        0.00
                                  Today's
                      Charges  :    0.00      To Date
                      Payments :    0.00     73690.00
                      Adjustments :  0.00    -42750.95
                                             -30939.05
```

08/11/12
Page: 3                          STATEMENT
Oper: RU

CONSULTANTS, LLC                        ANESTHESIOLOGY

     IRS#      660717662             P.O. BOX 302094
008032094                           ST THOMAS, VI

                                    Tel: 914/358-0249

Patient 3

                              Acct: 490183430-1/CI

4

▓▓▓▓▓▓▓▓▓▓▓▓▓   Pat: Patient 3 ▓▓▓▓▓
              Tel: ▓▓▓▓▓▓▓▓▓▓▓

U1017785701    Insl: CIGNA HEALTH/SCRANTON

   Providers:           LA1 - APONTE, LUZ CRNA

   Referral Physicians:  JVIC - VICTOR,JANICE

# EXHIBIT 10

```
08/11/12                         STATEMENT
Page: 1
Oper: RU
                                           VIRGIN ISLANDS
PAIN MANAGEMENT ASSOC
                                           P.O. BOX 7877
       IRS#       660663866                ST THOMAS, VI
008010877
                                           Tel: 914/358-0242
```

Patient 3

```
118625875
                                 Acct: 420183430-1/CI
```

Pat: Patient 3
Tel:

```
                                 Ins1: CIGNA HEALTH/SCRANTON
U1017785701
```

```
----------------------------------------------------------------------
-------------------
 Date    Code    Description         Qt Diag    Prv Ref AR Plc
Amt      Bal
----------------------------------------------------------------------
----------------
                 Balance up to 02/01/11
0.00
02/02/11 99245   OFFICE CONSULTATION    1  724.2  V        CI O
398.00     0.00
                                           729.2 722.2
02/02/11 CPCH    COPAYMENT/CASH
-30.00
02/02/11 CICK    CIGNA CHECK                                        --
298.43
02/02/11 CIWO    CIGNA WRITE OFF
-69.57
02/03/11 77003   FLUOROSCOPIC GUIDANCE  1  724.2  V        CI O
2500.00    0.00
                                           729.2
02/03/11 27096   INJECTION PROCEDURE FO 1  724.2  V        CI O
5800.00    0.00
                                           729.2
02/03/11 CICK    CIGNA CHECK                                        --
4186.77
02/03/11 CIWO    CIGNA WRITE OFF                                    --
4042.13
02/03/11 C       PATIENT CHECK
-71.10
02/04/11 77003   FLUOROSCOPIC GUIDANCE  1  724.2  V        CI O
2500.00    0.00
```

1

```
                                          729.2
                      PT PAID $ 320.00
02/04/11 64483   LUMBAR OR SACRAL, SING 1   724.2  V      CI O
2800.00      0.00
                                          729.2
02/04/11 64445   INJECTION FOR NERVE BL 1   724.2  V      CI O
685.00      0.00
                                          729.2
02/04/11 CICK    CIGNA CHECK                              -
1174.25
02/04/11 CIWO    CIGNA WRITE OFF                          -
4739.65
02/04/11 C       PATIENT CHECK
-71.10
02/07/11 77003   FLUOROSCOPIC GUIDANCE  1   724.2  V      CI O
2500.00      0.00
                                          729.2
02/07/11 62311   LUMBAR, SACRAL (CAUDAL 1   724.2  V      CI O
2800.00      0.00
                                          729.2
02/07/11 64493   INJECTION, DIAGNOSTIC  1   724.2  V      CI O
1075.00      0.00
                                          729.2
02/07/11 CICK    CIGNA CHECK                              -
1054.74
02/07/11 CIWO    CIGNA WRITE OFF                          -
2790.26
02/07/11 GLFE    GLOBAL FEE (INCORPORAT                   -
2500.00
02/07/11 C       PATIENT CHECK
-30.00
02/09/11 99215   OFFICE VISIT LEVEL 5   1   724.2  V      CI O
240.00      0.00
                                          729.2
02/09/11 CPCK    COPAYMENT/CHECK
-30.00
02/09/11 CICK    CIGNA CHECK                              -
144.13
02/09/11 CIWO    CIGNA WRITE OFF
-65.87
03/09/11 77003   FLUOROSCOPIC GUIDANCE  1   724.2  V      CI O
2500.00      0.00
                      PROF COURTESY NO CHARGE
03/09/11 64483   LUMBAR OR SACRAL, SING 1   724.2  V      CI O
2800.00      0.00
03/09/11 64445   INJECTION FOR NERVE BL 1   724.2  V      CI O
685.00      0.00
```

08/11/12                          STATEMENT
Page: 2
Oper: RU


                                2

```
                                            VIRGIN ISLANDS
PAIN MANAGEMENT ASSOC
                                         P.O. BOX 7877
        IRS#                             ST THOMAS, VI
008010877
                                         Tel: 914/358-0242

    Patient 3                   Acct: 420183430-1/CI

                                Pat: Patient 3
                                Tel:

                                Insl: CIGNA HEALTH/SCRANTON
01017785701
```

```
-----------------------------------------------------------------
-----------------
   Date   Code   Description        Qt Diag   Prv Ref AR Plc
   Amt    Bal
-----------------------------------------------------------------
-----------------
03/09/11 CICK    CIGNA CHECK                                    -
1174.25
03/09/11 CIWO    CIGNA WRITE OFF                                -
4739.65
03/09/11 C       PATIENT CHECK
0.00
03/09/11 DRWO    DOCTOR'S OFFICE WRITE-
-71.10
03/10/11 77003   FLUOROSCOPIC GUIDANCE  1  724.2  V      CI O
2500.00     0.00
                                          729.2
03/10/11 62311   LUMBAR, SACRAL (CAUDAL 1  724.2  V      CI O
2800.00     0.00
                                          729.2
03/10/11 CICK    CIGNA CHECK                                    -
856.83
03/10/11 CIWO    CIGNA WRITE OFF                                -
4372.07
03/10/11 C       PATIENT CHECK
-71.10
03/11/11 77003   FLUOROSCOPIC GUIDANCE  1  724.2  V      CI O
2500.00     0.00
                                          729.2
03/11/11 27096   INJECTION PROCEDURE FO 1  724.2  V      CI O
5800.00     0.00
                                          729.2
03/11/11 CICK    CIGNA CHECK                                    -
4186.77
03/11/11 CIWO    CIGNA WRITE OFF                                -
4042.13
03/11/11 C       PATIENT CHECK
```

3

```
        -71.10
        05/10/11 77003  FLUOROSCOPIC GUIDANCE   2  724.2  V      CI  O
        5000.00     0.00
                                                    722.2

                        PROF COURTESY NO CHARGE
        05/10/11 64483  LUMBAR OR SACRAL, SING 1   724.2  V      CI  O
        1500.00     0.00
                                                    722.2
        05/10/11 64445  INJECTION FOR NERVE BL 1   724.2  V      CI  O
        685.00      0.00
                                                    722.2
        05/10/11 CICK   CIGNA CHECK                                    -
        1338.64
                        CHECK 00860576595
        05/10/11 CIWO   CIGNA WRITE OFF                               -
        5734.16
        05/10/11 DRWO   DOCTOR'S OFFICE WRITE-                        -
        112.20
        05/11/11 77003  FLUOROSCOPIC GUIDANCE   1  722.2  V      CI  O
        2500.00     0.00
                                                    724.2

                        PROF COURTESY NO CHARGE
        05/11/11 27096  INJECTION PROCEDURE FO 1   722.2  V      CI  O
        5800.00     0.00
                                                    724.2
        05/11/11 CICK   CIGNA CHECK                                   -
        4186.77
                        CHECK 00860576595
        05/11/11 CIWO   CIGNA WRITE OFF                               -
        4042.13
        05/11/11 DRWO   DOCTOR'S OFFICE WRITE-
        -71.10
        05/12/11 77003  FLUOROSCOPIC GUIDANCE   1  724.2  V      CI  O
        2500.00     0.00
                                                    722.2

                        PROF COURTESY NO CHARGE
        05/12/11 62311  LUMBAR, SACRAL (CAUDAL 1   724.2  V      CI  O
        1100.00     0.00
                                                    722.2
```

```
        08/11/12                          STATEMENT
        Page: 3
        Oper: RU
                                                     VIRGIN ISLANDS

        PAIN MANAGEMENT ASSOC
                                                     P.O. BOX 7877
               IRS#     660663866                    ST THOMAS, VI
        008010877
                                                     Tel: 914/358-0242
```

**Patient 3**

                                Acct: 420183430-1/CI



Pat: **Patient 3**
Tel:

Ins1: CIGNA HEALTH/SCRANTON

U1017785701

```
-------------------------------------------------------------------
----------------
 Date   Code   Description           Qt Diag   Prv Ref AR Plc
 Amt    Bal
-------------------------------------------------------------------
----------------
05/12/11 64493  INJECTION, DIAGNOSTIC  1  724.2  V      CI O
1075.00    0.00
                                          722.2
05/12/11 CICK   CIGNA CHECK                                    -
1054.74
05/12/11 CIWO   CIGNA WRITE OFF                               -
1090.26
05/12/11 GLFE   GLOBAL FEE (INCORPORAT                        -
2500.00
05/12/11 C      PATIENT CHECK
-5.60
                CREDIT
05/12/11 DRWO   DOCTOR'S OFFICE WRITE-
-24.40
08/17/11 77003  FLUOROSCOPIC GUIDANCE  1  724.2  V      CI O
2500.00   41.10
                                          729.2 722.2
                PROF COURTESY NO CHARGE
08/17/11 27096  INJECTION PROCEDURE FO 1  724.2  V      CI O
4500.00   30.00
                                          729.2 722.2
08/17/11 CICK   CIGNA CHECK                                   -
4186.77
08/17/11 CIWO   CIGNA WRITE OFF                              - .
2742.13
08/18/11 77003  FLUOROSCOPIC GUIDANCE  1  724.2  V      CI O
2500.00    0.00
                                          729.2
                PATIENT PAID $ 320.00
08/18/11 64483  LUMBAR OR SACRAL, SING 1  724.2  V      CI O
1500.00   30.00
                                          729.2
08/18/11 64445  INJECTION FOR NERVE BL 1  724.2  V      CI O
685.00    0.00
                                          729.2
08/18/11 CICK   CIGNA CHECK                                   -
1009.86
08/18/11 CIWO   CIGNA WRITE OFF                               -
1145.14
```

```
08/18/11 GLFE    GLOBAL FEE (INCORPORAT                              –
2500.00

        ----------                              Regular Balance
$       101.10

Previous Total:    101.10                    Today's      To Date
                           Charges    :        0.00      72728.00
                           Payments   :        0.00     -25232.95
                           Adjustments :       0.00     -47393.95

        Providers:            V – VICTOR, JANICE M.D.
```

# EXHIBIT 11

# CODING: PLANTING SEEDS FOR SUCCESS IN 2012

From: **janice victor** (jdvictor@hotmail.com)
Sent:  Sat 12/03/11 10:10 AM
To:    rocco ungaro (roccoungaro@hotmail.com); . .
       (vipain@primemedicalbilling.com)

Please review this may be helpful with billing.

JV

Date: Fri, 2 Dec 2011 16:24:47 -0500
From: rlane@asipp.org
To: jdvictor@hotmail.com
Subject: CODING: PLANTING SEEDS FOR SUCCESS IN 2012



PLANTING SEEDS OF SUCCESS IN 2012



### Join Us For This Informative

### Webinar On Coding In 2012

CPT continues on its pathway of significant changes for
Interventional Pain Management providers.  Once again, we see
image guidance being included in more of the interventional pain
management procedures. Not only are there CPT code description
revisions but 2012 also brings new codes and major clarifications
in injection procedure guidelines  For starters, CPT codes 64622-
64626 have been deleted and replaced by CPT codes 64633-
64636.



**WEBINAR FEE:**

$175

**WEBINAR DATE:**

December 7, 2011

**TIME:**

11am-12:30pm EST

**LENGTH:**

90 Minutes

**SPEAKER:**

Marvel Hammer, RN, CPC



**Marvel J. Hammer, RN, CPC**

MJH Consulting

Denver, Colorado

Marvel J Hammer RN BS CPC CCS-P
ASC-PM CHCO, is a registered

nurse with over twenty-five years
experience in a multitude of specialties.

Her field of specialties includes Pain
Management, Physical Medicine &

Rehabilitation, Neurology, and
Occupational Medicine. She is a coding
and compliance consultant and principal of
MJH Consulting based in Denver,

Colorado. She provides documentation
auditing, healthcare compliance

evaluations and coding/account
receivables assistance for her clients.

Mrs. Hammer received a BS from the
University of Colorado - Denver with an

emphasis in finance and information
systems. She maintains her credentials

with the American Academy of
Professional Coders as a Certified
Professional Coder and American Health

The passionately discussed issue of compliant coding for a single
epidural injection via a catheter is finally clarified in 2012 CPT.
Make sure you know when physicians should report the 62310-
62311 codes versus the 62318-62319 CPT codes

We will bring you information on the RVU changes in the 2012
Medicare Physician Fee Schedule. The AMA/Specialty Society
RVS Update Committee (RUC) continues to review codes that are
commonly reported together, i.e. more than 75 percent of the
time.  For 2012, the AMA RUC Relativity Assessment Workgroup
identified CPT codes 62367-62368 and 95900-95991 as part of
this "Codes Reported Together 75 percent or More" screen.
Consequently, practices that include implanted infusion pumps for
chronic pain management will find not only code changes but also
new CPT codes that they will need to incorporate into their billing.

2012 CPT also sheds light on correct billing for spinal procedures
when physicians use an endoscope for surgical site visualization

Registration and other information can be found at
http://asipp.peachnewmedia.com/store/seminar/seminar.php?
seminar=10064#blank

In addition to the CPT coding changes Marvel will review issues
including but not limited to:

- ICD-9-CM and HCPCS code changes
- 2012 OIG Work Plan review
- Medicare Physician Fee Schedule update
- ICD-10-CM: Don't forget the 2013 deadline!

Don't risk denials and potential non-compliant billing by not being
aware of what 2012 has in store for Interventional Pain
Management practices!

Conference includes a Q/A and handouts  For more information
email Marvel at rlane@asipp.org



You may register at the following address:
http://asipp.peachnewmedia.com/store/seminar/seminar.php?
seminar=10064#blank

Information Management Association as a Certified Coding Specialist - Physician Based.

Additionally, she has attained the qualifications of Advanced Coding Specialist - Pain Management and Certified Healthcare Compliance Officer

*This program has submitted for approval of the American Academy of Professional Coders (AAPC) for 1 5 continuing education hours. Granting of prior approval in no way constitutes endorsement by the AAPC of the program content or the program sponsor. 1.5 HRS of CME credit hours will be applied for and certificates will automatically be emailed to you. Accessing the recorded webinars will be emailed to all registrants. This will allow you to view the recorded version at anytime.



**American Society** *of*
**Interventional Pain Physicians**

Forward email



✉ SafeUnsubscribe

This email was sent to jdvictor@hotmail.com by rlane@asipp.org |
Update Profile/Email Address | Instant removal with SafeUnsubscribe™ | Privacy Policy.

ASIPP Publishing | 81 Lakeview Drive | Paducah | KY | 42001

# EXHIBIT 12

# EXTREMELY IMPORTANT

From: **janice victor** (jdvictor@hotmail.com)
Sent: Mon 2/27/12 4:37 PM
To:    rocco ungaro (roccoungaro@hotmail.com)

Rocco,

This is from Cigna. They are stating that there is a problem in the coding of all cases sent November and December dates some January. Please review what you guys have billed and I have already told Cathy from Cigna you will be contacting her.

JV

**From:** Bailey, Cathy A C2SO
**Sent:** Thursday, February 23, 2012 2:35 PM
**To:** Bailey, Cathy A C2SO; 'Dr. victor'
**Cc:** SecureMessage
**Subject:** RE: Medical Record Request
**Importance:** High

Dr Victor,

I received the records today from Anesthesiology Consultants and per the claims received the services were rended by a CRNA. I reached out to my medical director and we are still confused on the billing. Only one profession can bill for the procedure, for example, if the service is 62311, only one claim with that code should be submitted. If you chose to have an anesthesiologist that code would be under the anesthesia codes, starting with 00. The way these claims are submitted it appears to be duplicate.
Can you explain the billing method you use? Additionally, I am still waiting for the other set of records. Thank you
Cathy Bailey
Business Project Manager
Cost Containment
cathy.bailey@cigna.com

*Confidential, unpublished property of CIGNA. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2012 CIGNA.*

# EXHIBIT 13

From: "Bailey, Cathy A    C2SO" <CATHY.BAILEY@Cigna.com>
Date: February 29, 2012 10:44:14 AM EST
To: Rocco Ungaro <roccoungaro@hotmail.com>
Subject: RE: Anesthesia Consultants (Virgin Islands)

Mr. Ungaro,

Thank you for reaching out to me. To address your concerns, first, I did not nor ask any of
our claim operations to stop any payments to Anesthesia Consultants. If you have claims
that are past due please contact the claim office for assistance.

As to the claims having the proper coding, there are no claims, for anesthesia, with an
anesthesia code. The procedure codes are the same codes that Dr. Victor billed, that are
the actual pain management services. Based on that we feel that we have duplicated
payments since only one health care professional would render the pain management
services. What I need is the actual anesthesia code which normally begins with a zero "0"
along with the timed units.

Additionally, I have not received the medical records from Dr. Victor only the anesthesia
records. DO you have a timeline when those will be forwarded to me? Thank you


Cathy Bailey
Business Project Manager
Cost Containment
cathy.bailey@cigna.com

Confidential, unpublished property of CIGNA. Do not duplicate or distribute. Use and
distribution limited solely to authorized personnel. (c) Copyright 2012 CIGNA.


-----Original Message-----
From: Rocco Ungaro [mailto:roccoungaro@hotmail.com]
Sent: Tuesday, February 28, 2012 3:57 PM
To: Bailey, Cathy A C2SO
Subject: Anesthesia Consultants (Virgin Islands)

Tax ID:660717662

Hello Mrs. Bailey,

I was given your e-mail address to follow up regarding the 2 1/2 months worth of claims
we still have not received any payments for. I was told that the office had forwarded the
notes for all the claims you've requested information on. All the claims in question were
sent out using an anesthesia submission platform. Furthermore, I have confirmed that all
claims were sent indicating the minutes and units associated with the authorized
procedures.

Ironically, we have begun seeing payments again for more recent dates of service.
However, we are struggling financially as a result of such a large gap of services
remaining unpaid. We have spoken with our Cigna rep Patty Vincent at length. We have
also kept Nancy Bass of VI Equicare up to date with this situation and will continue to do
so.

Is there a phone number that I can reach you at? My direct mobile number is (914) 588-1950. We need to resolve this matter as soon as possible.

Thanks,

Rocco Ungaro

------------------------------------------------------------------------

CONFIDENTIALITY NOTICE: If you have received this email in error, please immediately notify the sender by e-mail at the address shown. This email transmission may contain confidential information. This information is intended only for the use of the individual(s) or entity to whom it is intended even if addressed incorrectly. Please delete it from your files if you are not the intended recipient. Thank you for your compliance. Copyright (c) 2012 Cigna