UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

ANESTHESIOLOGY CONSULTANTS LLC, VIRGIN
ISLANDS PAIN MANAGEMENT ASSOCIATES, LLC,
and CARIB EQUIPMENT, LLC, f/k/a CARIBBEAN                    13 Civ. 6317 (NSR)
PAIN MANAGEMENT EQUIPMENT AND SUPPLIES,
LLC,

                         Plaintiffs,

             – against –

PRIME MEDICAL BILLING AND MGMT., LLC, ROCCO          **STIPULATION**
UNGARO, MICHAEL ROTONDARO, GERALD MARTIN             **OF SETTLEMENT**
and JOHN MIKLITSCH, jointly and severally,           **AND DISCONTINUANCE**

                         Defendants.

----------------------------------------------------------------x

    WHEREAS, Plaintiffs commenced the above-captioned action by filing a Verified Complaint on September 9, 2013; and,

    WHEREAS, Defendants appeared and filed an Answer and Counterclaims on November 25, 2013; and,

    WHEREAS, the parties now desire to resolve the issued raised in this action without further litigation;

    **NOW, IT IS STIPULATED AND AGREED TO BY AND BETWEEN THE UNDERSIGNED THAT THE WITHIN ACTION INCLUDING ALL CLAIMS AND COUNTERCLAIMS BE DISMISSED WITH PREJUDICE IN ACCORDANCE WITH THE TERMS OF THE PARTIES' SETTLEMENT AND MUTUAL GENERAL RELEASE AGREEMENT.**

Dated: White Plains, New York
       August 5, 2014

_____                              _____
Christopher S. Weddle (CW4675)                         Robert Elliott (RE____)
TIMKO & MOSES                                          Bartlett, McDonough & Monaghan
Attorneys for Defendants                               Attorneys for Plaintiffs
One North Broadway, Suite 412                          170 Old Country Road
White Plains, NY 10601                                 Mineola, NY 11501

                                  SO ORDERED