UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ANESTHESIOLOGY CONSULTANTS LLC, VIRGIN
ISLANDS PAIN MANAGEMENT ASSOCIATES, LLC,
and CARIB EQUIPMENT, LLC, f/k/a CARIBBEAN
PAIN MANAGEMENT EQUIPMENT AND SUPPLIES,
LLC,

13 Civ. 6317 (NSR)

Plaintiffs,

– against –

PRIME MEDICAL BILLING AND MGMT., LLC, ROCCO
UNGARO, MICHAEL ROTONDARO, GERALD MARTIN
and JOHN MIKLITSCH, jointly and severally,

**STIPULATION
OF SETTLEMENT
AND DISCONTINUANCE**

Defendants.
------------------------------------------------------------------x

WHEREAS, Plaintiffs commenced the above-captioned action by filing a Verified Complaint on September 9, 2013; and,

WHEREAS, Defendants appeared and filed an Answer and Counterclaims on November 25, 2013; and,

WHEREAS, the parties now desire to resolve the issued raised in this action without further litigation;

NOW, IT IS STIPULATED AND AGREED TO BY AND BETWEEN THE UNDERSIGNED THAT THE WITHIN ACTION INCLUDING ALL CLAIMS AND COUNTERCLAIMS BE DISMISSED WITH PREJUDICE IN ACCORDANCE WITH THE TERMS OF THE PARTIES' SETTLEMENT AND MUTUAL GENERAL RELEASE AGREEMENT.

Dated: White Plains, New York
August 5, 2014

Christopher S. Weddle (CW4675)
TIMKO & MOSES
Attorneys for Defendants
One North Broadway, Suite 412
White Plains, NY 10601

Robert Elliott (RE____)
Bartlett, McDonough & Monaghan
Attorneys for Plaintiffs
170 Old Country Road
Mineola, NY 11501

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/2014

SO ORDERED

Nelson S. Román, U.S.D.J.

Dated: Aug. 12, 2014
White Plains, NY